**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of California

Case number (*If known*): ____________________

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**: Laura's Original Boston Brownies, Inc. dba BHU Foods

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN): 46-3938592

4. **Debtor's address**

   **Principal place of business**

   2735 Cactus Road
   Number Street
   Suite 101

   San Diego CA 92154
   City State ZIP Code

   San Diego County
   County

   **Mailing address, if different from principal place of business**

   818 Vanderbilt Pl.
   Number Street

   P.O. Box

   San Diego CA 92103
   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL): www.Bhufoods.Com

6. **Type of debtor**

   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: ____________________

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

3119

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______ Relationship ______

  District ______ When ______ (MM / DD / YYYY)

  Case number, if known ______

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number *(if known)* ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______

City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/13/2023
MM / DD / YYYY

✘ /s/ Laura Katleman
Signature of authorized representative of debtor

Laura Katleman
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

✘ /s/ Paul Leeds
Signature of attorney for debtor

Date 03/13/2023
MM / DD / YYYY

Paul Leeds
Printed name

Franklin Soto Leeds LLP
Firm name

444 West C Street 300
Number Street

San Diego
City

CA
State

92101
ZIP Code

6198722520
Contact phone

pleeds@fsl.law
Email address

214309
Bar number

CA
State

**Fill in this information to identify the case:**

Debtor name: Laura's Original Boston Brownies, Inc. dba BHU Foods

United States Bankruptcy Court for the: Southern District of California (State)

Case number (If known): ______________________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 6,651,309.46 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 6,651,309.46 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 2,378,648.14 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* | $ 1,036.23 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* | +$ 4,119,285.70 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 6,498,970.07 |

**Fill in this information to identify the case:**

Debtor name Laura's Original Boston Brownies, Inc. dba BHU Foods

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ______________________

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Laura Katleman Completed Gift Qualified Spndthrift Trust dated June 5, 2020<br>2735 Cactus Road<br>San Diego, CA, 92154-8024 | Laura Katleman | Monies Loaned / Advanced | | | | 2,770,081.20 |
| 2 | Anderson Advanced Ingredients<br>2030 Main Street<br>Irvine, CA, 92614 | | Ingredients | | | | 271,852.29 |
| 3 | Packaging Solutions, Inc.<br>550 Fesler Street<br>El Cajon, CA, 92020 | | Packaging | | | | 89,684.20 |
| 4 | Totally Nuts and More, Inc.<br>2000 Peel Street<br>Montreal, QC, H3A 2W5 | | Ingredients - Cashews | | | | 84,336.53 |
| 5 | Unishippers<br>P.O. Box 1560<br>Melbourne, FL, 32902 | | Shipping and Freight | | | | 79,402.02 |
| 6 | Maverik Oils, LLC<br>P.O. Box 10335<br>Costa Mesa, CA, 92627 | | Ingredients | | | | 74,834.00 |
| 7 | Pacific Western Container<br>4044 W. Garry Ave.<br>Santa Ana, CA, 92704 | | Machines and parts | | | | 72,614.25 |
| 8 | LinkOne Ingredient Solutions, LLC<br>601 13th st<br>Monett, MO, 65708 | | Ingredients | | | | 57,170.09 |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Vdriven LLC<br>12952 Longboat Way<br><br>Del Mar, CA, 92014 | | Outside Staffing Services | | | | 44,862.94 |
| 10 | San Diego County Treasurer<br>P.O. Box 129009<br><br>San Diego, CA, 92112 | | Property Taxes | Disputed | | | 41,775.86 |
| 11 | Ciranda, Inc.<br>708 2nd Street<br><br>Hudson, WI, 54016 | | Ingredients | | | | 41,725.00 |
| 12 | Phlex Proteins, LLC<br>401 Industrial Dr., Bldg A<br><br>North Wales, PA, 19454 | | Packaging | | | | 38,000.00 |
| 13 | Instacart, Inc.<br>P.O. Box 7263<br><br>San Francisco, CA, 94120 | | Marketing | | | | 34,275.33 |
| 14 | Abbott Blackstone Co.<br>411 Cleveland St<br><br>Clearwater, FL, 33755 | | Ingredients | | | | 29,044.85 |
| 15 | Multiple Organics, Inc.<br>200 Linus Pauling Drive<br><br>Hercules, CA, 94547 | | Ingredients | | | | 27,291.50 |
| 16 | California Bank & Trust, a division of Zions Bancorporation, N.A.<br>1 S Main St.<br>Salt Lake City, UT, 84133 | | Credit Card Debt | | | | 24,920.32 |
| 17 | CL&D Graphics, Inc.<br>P.O. Box 933511<br><br>Rock Hill, SC, 29732 | | Packaging | | | | 21,358.40 |
| 18 | California Bank & Trust, a division of Zions Bancorporation, N.A.<br>1 S Main St.<br>Salt Lake City, UT, 84133 | | | | | | 17,808.86 |
| 19 | Chocolate Crown Packaging Corporation<br>1239 Swaner Road<br><br>Salt Lake City, UT, 84104 | | Ingredients | | | | 17,780.80 |
| 20 | Pemcor Packaging<br>10605 Jamacha Blvd<br><br>Spring Valley, CA, 91978 | | Outsourced Accounting Services | | | | 16,241.77 |

**Fill in this information to identify the case:**

Debtor name Laura's Original Boston Brownies, Inc. dba BHU Foods

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ______________________

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | $ 0.00 |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Comerica Bank | Checking | 3 3 4 1 | $ 388.95 |
| 3.2. See continuation sheet | | | $ 60,474.92 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | | | $ |
| 4.2. | | | $ |
| 5. **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $ 60,863.87 |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. First American - 1 | $ 3,937.24 |
| 7.2. See continuation sheet | $ 151,290.46 |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name
Case number (if known)

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. UPS Prepayment $ 105.84

8.2. $

9. **Total of Part 2.** $ 155,333.54

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 409,369.77 | – | 0.00 | = ........➔ | $ 409,369.77 |
| 11b. Over 90 days old: | 42,298.97 | – | 34,027.32 | = ........➔ | $ 8,271.65 |

12. **Total of Part 3** $ 417,641.42

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. ______ ______ $______

14.2. ______ ______ $______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. ______ ______% ______ $______

15.2. ______ ______% ______ $______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. ______ ______ $______

16.2. ______ ______ $______

17. **Total of Part 4** $______

Add lines 14 through 16. Copy the total to line 83.

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods Case number (if known)

Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** See Schedule A/B Part 5, Question 19 Attachment | 12/31/2023 | $ | Owner Estimate | $750,745.71 |
| 20. | **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. | **Finished goods, including goods held for resale** See Schedule A/B Part 5, Question 21 Attachment | 12/31/2022 | $ | | $698,321.08 |
| 22. | **Other inventory or supplies** See Schedule A/B Part 5, Question 22 Attachment | 12/31/2022 | $ | Owner Estimate | $470,466.27 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. $2,216,457.87

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value 0.00 Valuation method See cont. sheet Current value 2,216,457.87

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | $ | | $ |
| 29. | **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value $______ Valuation method ______ Current value $______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks 23 Desks $200 Each | $0.00 | Estimate | $4,600.00 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Approximately 10 computers ($350 each); 12 monitors ($100 each); and 5 printers ($100 each) | $ | | $5,200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $13,630.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Schedule A/B Part 8, Question 50 Attachment | $ | Owner Estimate and / | $ 2,192,600.39 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $ 2,192,600.39

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☐ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☐ No
- ☑ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | | | $ | | $ |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites**<br>bhufoods.com internet domain registered with GoDaddy | $ 0.00 | Owner Estimate | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>BHU FIT and BHU FOODS - U.S. Trademarks | $ 0.00 | | $ Unknown |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ Total face amount – doubtful or uncollectible amount = → $______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Description | Tax year | Current value |
|---|---|---|
| Q2 Employee Retention Tax Credit | 2021 | $ 375,481.70 |
| Q4 Employee Retention Tax Credit | 2020 | $ 91,103.00 |
| See continuation sheet | | $ 1,128,197.67 |

73. **Interests in insurance policies or annuities**
______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Laura's Original Boston Brownies Inc vs Youbar Inc — $ Unknown
**Nature of claim** Breach of Contract/Warranty
**Amount requested** $ 25,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $______
______ $______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. — $ 1,594,782.37

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 60,863.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 155,333.54 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 417,641.42 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 2,216,457.87 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 13,630.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,192,600.39 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . → | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,594,782.37 | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . 91a. | $ 6,651,309.46 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 6,651,309.46 . . . . . $ 6,651,309.46

Debtor 1 Laura's Original Boston Brownies, Inc. dba BHU Foods
First Name Middle Name Last Name
Case number (if known)

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **Comerica Bank** | **Checking** | **3358** |
| **Balance: 3,486.49** | | |
| **City National Bank** | **Checking** | **2737** |
| **Balance: 0.00** | | |
| **Paypal** | **Checking** | |
| **Balance: 9,850.15** | | |
| **California Bank and Trust** | **Checking** | **5833** |
| **Balance: 11,944.68** | | |
| **Comerica Bank** | **Checking** | **3366** |
| **Balance: 35,193.60** | | |

**7) Deposits, including security deposits and utility deposits**

| | |
|---|---|
| **First American - 2** | **$4,949.88** |
| **Amazon (Sales and Reserve)** | **$30,495.81** |
| **Deposit for first order of product - YouBar** | **$59,500.00** |
| **First American - 3** | **$979.74** |
| **California Neon Products dba CNP Signs** | **$27,285.00** |
| **Jules & Associates** | **$12,080.03** |
| **Deposit with Utica Specialty Foods, LLC** | **$16,000.00** |

**25) Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

| | | |
|---|---|---|
| | **Owner Estimate** | **750,745.71** |
| | **Owner Estimate** | **470,466.27** |
| | | **698,321.08** |
| | | **296,924.81** |

**72) Tax refunds and unused net operating losses (NOLs)**

| | | |
|---|---|---|
| **Q1 Employee Retention Tax Credit** | **2021** | **361,635.55** |
| **Q3 Employee Retention Tax Credit** | **2021** | **468,092.09** |

Debtor 1 Laura's Original Boston Brownies, Inc. dba BHU Foods Case number (*if known*)

First Name Middle Name Last Name

## Continuation Sheet for Official Form 206 A/B

| | | |
|---|---|---|
| **Q2 Employee Retention Tax Credit** | **2020** | **213,478.98** |
| **Q3 Employee Retention Tax Credit** | **2020** | **84,991.05** |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| BAKE-COOKIE-CHC-CHP | $2,104.00 |
| BAKE-COOKIE-CHC-CHP-1G-BATCH | $0.00 |
| BCC-TWO_fba | $1,061.00 |
| BDD-TWO_fba | $537.00 |
| BITE-CHC-CHP-CD | $704.00 |
| BITE-CHC-CHP-CD-1G-BATCH | $0.00 |
| BITE-CHC-CHP-CD-2022 | $10,037.00 |
| BITE-CHC-CHP-CD-BAR | $200.00 |
| BITE-DBL-DRK-CHC | $17,078.00 |
| BITE-DBL-DRK-CHC-1G-BATCH | $0.00 |
| BITE-DBL-DRK-CHC-2022 | $8,842.00 |
| BITE-DBL-DRK-CHC-BAR | $0.00 |
| BITE-MNT-DRK-CHC | $480.00 |
| BITE-MNT-DRK-CHC-1G-BATCH | $161,460.00 |
| BITE-MNT-DRK-CHC-2022 | $2,461.00 |
| BITE-MNT-DRK-CHC-BAR | $0.00 |
| BITE-PNT-BUT-CHC | $4,719.00 |
| BITE-PNT-BUT-CHC-1G-BATCH | $1,404,000.00 |
| BITE-PNT-BUT-CHC-2022 | $5,192.00 |
| BITE-PNT-BUT-CHC-BAR | $0.00 |
| BITE-WHT-CHC-MAC | $2,358.00 |
| BITE-WHT-CHC-MAC-1G-BATCH | $0.00 |
| BITE-WHT-CHC-MAC-2022 | $12,869.00 |
| BITE-WHT-CHC-MAC-BAR | $0.00 |
| BitesVariety4_fba | $857.00 |
| BMC-TWO_fba | $285.00 |
| BPB-TWO_fba | $330.00 |
| BWC-TWO_fba | $529.00 |
| CHC-CHP | $219.00 |
| CHC-CHP-2022 | $708.00 |
| COOKIE-CHC-CHP | $1,259.00 |
| COOKIE-CHC-CHP-1G-BATCH | $0.00 |
| COOKIE-CHC-CHP-EA | $160.00 |
| COOKIE-DBL-DRK | $1,413.00 |
| COOKIE-DBL-DRK-1G-BATCH | $0.00 |
| COOKIE-DBL-DRK-EA | $0.00 |
| COOKIE-PNT-WHT-CHC-CHP | $0.00 |
| FIT-APPL-CNN-NMG | $236.00 |
| FIT-APPL-CNN-NMG-1G-BATCH | $907.00 |
| FIT-APPL-CNN-NMG-2022 | $570.00 |
| FIT-APPL-CNN-NMG_FBA | $364.00 |
| FIT-APPL-CNN-NTG-BAR | $0.00 |
| FIT-DBL-DRK-CHC | $1,544.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| FIT-DBL-DRK-CHC _FBA | $173.00 |
| FIT-DBL-DRK-CHC-1G-BATCH | $0.00 |
| FIT-DBL-DRK-CHC-2022 | $1,726.00 |
| FIT-DBL-DRK-CHC-BAR | $0.00 |
| FIT-DRK-CHC-CCNT | $421.00 |
| FIT-DRK-CHC-CCNT _FBA | $319.00 |
| FIT-DRK-CHC-CCNT-1G-BATCH | $0.00 |
| FIT-DRK-CHC-CCNT-2022 | $1,104.00 |
| FIT-DRK-CHC-CCNT-BAR | $0.00 |
| FIT-PNT-BUT-CHC | $711.00 |
| FIT-PNT-BUT-CHC _FBA | $92.00 |
| FIT-PNT-BUT-CHC-1G-BATCH | $0.00 |
| FIT-PNT-BUT-CHC-2022 | $1,279.00 |
| FIT-PNT-BUT-CHC-BAR | $0.00 |
| FIT-PNT-BUT-WC | $1,097.00 |
| FIT-PNT-BUT-WC _FBA | $350.00 |
| FIT-PNT-BUT-WC-1G-BATCH | $0.00 |
| FIT-PNT-BUT-WC-2022 | $1,294.00 |
| FIT-PNT-BUT-WC-BAR | $0.00 |
| FIT-SLT-CRML-PCN | $42.00 |
| FIT-SLT-CRML-PCN _FBA | $455.00 |
| FIT-SLT-CRML-PCN-1G-BATCH | $0.00 |
| FIT-SLT-CRML-PCN-2022 | $830.00 |
| FIT-SLT-CRML-PCN-BAR | $0.00 |
| FIT-SNCKRDDL | $157.00 |
| FIT-SNCKRDDL _FBA | $126.00 |
| FIT-SNCKRDDL-1G-BATCH | $0.00 |
| FIT-SNCKRDDL-2022 | $0.00 |
| FIT-SNCKRDDL-BAR | $2,460.00 |
| FIT-SPR-CHC-CHP | $685.00 |
| FIT-SPR-CHC-CHP _FBA | $330.00 |
| FIT-SPR-CHC-CHP-1G-BATCH | $0.00 |
| FIT-SPR-CHC-CHP-2022 | $2,261.00 |
| FIT-SPR-CHC-CHP-BAR | $0.00 |
| FIT-TIG-CHC-CHP-1G-BATCH | $0.00 |
| FIT-TIG-CHC-CHP-2022 | $956.00 |
| FIT-TIG-PNT-BUT-CHC-1G-BATCH | $0.00 |
| FIT-TIG-PNT-BUT-CHC-2022 | $398.00 |
| JAR-ALK-CHCHP-1G-BATCH | $0.00 |
| JAR-ALK-CHCHP-5 | $626.00 |
| JAR-ALK-STRW-1G-BATCH | $0.00 |
| JAR-ALK-STRW-5 | $315.00 |
| JAR-BDAY-CAKE-1G-BATCH | $0.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| JAR-BDAY-CAKE-5 | $1,963.00 |
| JAR-BDAY-CAKE-9 | $0.00 |
| JAR-CHC-CCNT | $655.00 |
| JAR-CHC-CCNT-1G-BATCH | $0.00 |
| JAR-CHC-CHP-1G-BATCH | $19,052.00 |
| JAR-CHC-CHP-5 | $2,948.00 |
| JAR-CHC-CHP-9 | $2,230.00 |
| JAR-CHC-HZL | $618.00 |
| JAR-CHC-HZL-1G-BATCH | $0.00 |
| JAR-CKBUT-1G-BATCH | $0.00 |
| JAR-CKBUT-9 | $532.00 |
| JAR-DBL-DRK-CHC | $530.00 |
| JAR-DBL-DRK-CHC-1G-BATCH | $700.00 |
| JAR-PNT-BUT-1G-BATCH | $0.00 |
| JAR-PNT-BUT-5 | $1,731.00 |
| JAR-PNT-BUT-9 | $572.00 |
| JAR-TIG-BUT-1G-BATCH | $0.00 |
| JAR-TIG-BUT-7 | $2,384.00 |
| JAR-TIG-CHC-BUT-1G-BATCH | $0.00 |
| JAR-TIG-CHC-BUT-7 | $2,453.00 |
| JARCCC-ONE_fba | $419.00 |
| JARCO-ONE_fba | $85.00 |
| JARDD-ONE_fba | $3.00 |
| JARPB-ONE_fba | $378.00 |
| KETO-ALDI-PB-CC | $0.00 |
| KETO-ALMOND-FLOUR-TORTILLA | $0.00 |
| KETO-ALMOND-FLOUR-TORTILLA-1G-BATCH | $0.00 |
| KETO-CHC-CCNT-CD | $1,704.00 |
| KETO-CHC-CCNT-CD-1G-BATCH | $0.00 |
| KETO-CHC-CCNT-CD-2022 | $3,146.00 |
| KETO-CHC-CCNT-CD-BAR | $0.00 |
| KETO-CHC-CHP-CD-1G-BATCH | $0.00 |
| KETO-CHC-CHP-CD-2022 | $12,558.00 |
| KETO-CHC-CHP-CD-2PK | $4,700.00 |
| KETO-CHC-CHP-CD-4PK | $883.00 |
| KETO-CHC-CHP-CD-BAR | $0.00 |
| KETO-CHC-CHP-CD-GIFT | $552.00 |
| KETO-CHC-CHP-CD-UBOX | $0.00 |
| KETO-CR-ED-CHC-CHP-CD | $0.00 |
| KETO-CR-ED-CHC-CHP-CD-EACH | $0.00 |
| KETO-CR-ED-CRML-PNT-CHC | $0.00 |
| KETO-CR-ED-CRML-PNT-CHC-EACH | $0.00 |
| KETO-CRML-PNT-CHC | $1,246.00 |

## Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| KETO-CRML-PNT-CHC-1G-BATCH | $0.00 |
| KETO-CRML-PNT-CHC-2022 | $5,186.00 |
| KETO-CRML-PNT-CHC-2PK | $532.00 |
| KETO-CRML-PNT-CHC-BAR | $0.00 |
| KETO-DBL-DRK-CHC | $2,053.50 |
| KETO-DBL-DRK-CHC-1G-BATCH | $0.00 |
| KETO-DBL-DRK-CHC-2022 | $3,298.00 |
| KETO-DBL-DRK-CHC-2PK | $1,258.00 |
| KETO-DBL-DRK-CHC-4PK | $644.00 |
| KETO-DBL-DRK-CHC-BAR | $0.00 |
| KETO-DBL-DRK-CHC-UBOX | $0.00 |
| KETO-MNT-DRK-CHC | $392.00 |
| KETO-MNT-DRK-CHC-1G-BATCH | $0.00 |
| KETO-MNT-DRK-CHC-2022 | $2,146.00 |
| KETO-MNT-DRK-CHC-BAR | $0.00 |
| KETO-PNT-BUT-CHC | $2,391.00 |
| KETO-PNT-BUT-CHC-1G-BATCH | $0.00 |
| KETO-PNT-BUT-CHC-2022 | $6,169.00 |
| KETO-PNT-BUT-CHC-2PK | $1,215.00 |
| KETO-PNT-BUT-CHC-4PK | $1,370.00 |
| KETO-PNT-BUT-CHC-BAR | $420.00 |
| KETO-PNT-BUT-CHC-UBOX | $0.00 |
| KETO-PNT-BUT-JLLY-1G-BATCH | $0.00 |
| KETO-PNT-BUT-JLLY-2022 | $1,431.00 |
| KETO-PNT-BUT-JLLY-BAR | $0.00 |
| KETO-SNCKRDDL | $3,024.00 |
| KETO-SNCKRDDL-1G-BATCH | $0.00 |
| KETO-SNCKRDDL-2022(ST) | $0.00 |
| KETO-SNCKRDDL-BAR | $0.00 |
| KETO-STRW-CHS-CK-1G-BATCH | $0.00 |
| KETO-STRW-CHS-CK-2022 | $1,588.00 |
| KETO-STRW-CHS-CK-2PK | $98.50 |
| KETO-STRW-CHS-CK-BAR | $0.00 |
| KETO-SUNFLOWER-SEED-TORTILLA | $0.00 |
| KETO-SUNFLOWER-SEED-TORTILLA-1G-BATCH | $0.00 |
| KETO-WHT-CHC-MAC | $1,466.00 |
| KETO-WHT-CHC-MAC-1G-BATCH | $0.00 |
| KETO-WHT-CHC-MAC-2022 | $3,144.00 |
| KETO-WHT-CHC-MAC-BAR | $0.00 |
| KETO-WHT-CHC-MAC-UBOX | $0.00 |
| PKG-CAD-CHC-PNT-BUT | $0.00 |
| PKG-CAD-PNT-BUT | $0.00 |
| PKG-FLM-CHC-PNT-BUT-45 | $0.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| PKG-FLM-PNT-BUT-45 | $0.00 |
| PRO-GRAN-12 | $1,034.00 |
| PRO-GRAN-1G-BATCH | $0.00 |
| PRO-GRAN-8 | $446.00 |
| PRO-GRAN-CHC-1G-BATCH | $0.00 |
| PRO-GRAN-CHC8 | $966.00 |
| PRO-GRAN-CNN-1G-BATCH | $0.00 |
| PRO-GRAN-CNN8 | $442.00 |
| PRO-GRAN-TIG8 | $387.00 |
| PRO-GRAN-TIG8-1G-BATCH | $0.00 |
| R&D-SAMPLE-1G-BATCH | $0.00 |
| SLICE-CHC-CHP | $0.00 |
| SLICE-CHC-CHP-1G-BATCH | $0.00 |
| SUB-Almond-Butter-Blanched-Organic | $2,773.00 |
| SUB-Almond-Butter-Blanched-Organic-1G-BATCH | $48,770.00 |
| SUB-Almond-Butter-Organic | $3,402.00 |
| SUB-Almond-Roasted-Blanched-Organic-1G-BATCH | $156,210.00 |
| SUB-Brownies-Conv | $0.00 |
| SUB-Cacao-Nibs-Meal-Org-1G-BATCH | $0.00 |
| SUB-Cashew-Butter-Organic-1G-BATCH | $764,304.00 |
| SUB-CB-CHP-PRG | $0.00 |
| SUB-CHC-CHP | $15,809,928.00 |
| SUB-Chocolate#4-1G-BATCH | $145,906.62 |
| SUB-Dark-Chocolate#3-1G-BATCH | $0.00 |
| SUB-Dark-Chocolate#3-BLOCK | $1,900,455.00 |
| SUB-DarkFrosting-Conventional | $0.00 |
| SUB-DEXTRIN-White-Frosting-Conv-DEXTRIN | $0.00 |
| SUB-Golden-Flax-Seed-Meal-Organic-1G-BATCH | $0.00 |
| SUB-Hazelnut-Butter-Organic-1G-BATCH | $412,622.45 |
| SUB-Hazelnut-Roasted-Blanched-Organic-1G-BATCH | $0.00 |
| SUB-HEMP-SEED-ROASTED-1G-BATCH | $6,780.00 |
| SUB-KETO-CR-ED-CHC-CHP-CD-1G-BATCH | $0.00 |
| SUB-KETO-CR-ED-CRML-PNT-CHC-1G-BATCH | $0.00 |
| SUB-Lemon-Juice-Organic-1G-BATCH | $1.00 |
| SUB-Macadamia-Nuts-Roasted-Org-1G-BATCH | $277,214.00 |
| SUB-Peanut-Butter-Organic-1G-BATCH | $233,400.00 |
| SUB-PeanutButter-Conventional | $0.00 |
| SUB-PM-PAT-FILL-1G-BATCH | $0.00 |
| SUB-PMNT-PTY-FILL-1G-BATCH | $181,435.00 |
| SUB-Pumpkin-Seeds-Roasted-Org-1G-BATCH | $80,266.50 |
| SUB-Roasted-Pecans-Organic-1G-BATCH | $384,046.00 |
| SUB-Slice-Tigernut-Roasted-Org-1G-BATCH | $0.00 |
| SUB-Sunflower-Seed-Butter-Organic-1G-BATCH | $0.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| SUB-Sunflower-Seed-Meal-Organic-1G-BATCH | $27,650.00 |
| SUB-Sunflower-Seeds-Roasted-Org-1G-BATCH | $60,630.00 |
| SUB-SunflowerSeedMeal-Conventional | $0.00 |
| SUB-SunflowerSeeds-Roasted-Conventional | $0.00 |
| SUB-TNK-CC-BUT-1 | $0.00 |
| SUB-TNK-CC-BUT-2 | $0.00 |
| SUB-TNK-CHC | $8,234,754.00 |
| SUB-TNK-WHT-CHC | $272,978.00 |
| SUB-TRUFF-DBL-DRK-FILL-1G-BATCH | $0.00 |
| SUB-TRUFF-HZL-NT-FILL-1G-BATCH | $0.00 |
| SUB-TRUFF-MNT-CHC-BATCH-1G | $18,144.00 |
| SUB-TRUFF-PNT-BUT-FILL-1G-BATCH | $0.00 |
| Sub-White-Chocolate-BLOCK | $10,360.00 |
| SUB-White-Chocolate-DEX-Organic-1G-BATCH | $2,813,736.00 |
| SUB-White-Frosting-Dex-Organic-1G-BATCH | $42,380.00 |
| SUB-WhiteFrosting-Conventional | $0.00 |
| SUB-WHT-CHC-CHP | $847,955.00 |
| TRTLL-1G-BATCH | $0.00 |
| TRUFF-DBL-DRK | $7,035.00 |
| TRUFF-DBL-DRK-EACH | $0.00 |
| TRUFF-HZL-NT | $5,235.00 |
| TRUFF-HZL-NT-EACH | $0.00 |
| TRUFF-MNT-CHC | $661.00 |
| TRUFF-MNT-CHC-EACH | $0.00 |
| TRUFF-PNT-BUT | $7,555.00 |
| TRUFF-PNT-BUT-EACH | $0.00 |
| TST-OF-BHU-SM | $28.00 |
| VARIETY-COOKIES | $52.00 |
| VARIETY-FIT | $365.00 |
| VARIETY-KETO | $167.00 |
| ZEBRA-PM-PAT | $4,121.00 |
| ZEBRA-PM-PAT-EACH | $456.00 |
| PKG-10.5CLEARFILM | $3.00 |
| PKG-BAG-CHIPS | $7,857.00 |
| PKG-BAG-CHIPS8-2022 | $7,667.00 |
| PKG-BAG-DBCC(DC) | $23,021.00 |
| PKG-BAG-DBCC-2022 | $36,604.00 |
| PKG-BAG-DBDD(DC) | $479,595.00 |
| PKG-BAG-DBDD-2022 | $9,750.00 |
| PKG-BAG-DBMC(DC) | $17,729.00 |
| PKG-BAG-DBMC-2022 | $11,785.00 |
| PKG-BAG-DBPB(DC) | $205,057.00 |
| PKG-BAG-DBPB-2022 | $7,155.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| PKG-BAG-DBWC(DC) | $229,070.00 |
| PKG-BAG-DBWC-2022 | $9,750.00 |
| PKG-BAG-GRN-12 | $1,502.00 |
| PKG-BAG-GRN-CHC8 | $3,360.00 |
| PKG-BAG-GRN-CNN8 | $6,846.00 |
| PKG-BAG-GRN-OGN8 | $7,749.00 |
| PKG-BAG-KAFT-2022 | $0.00 |
| PKG-BAG-KSST-2022 | $0.00 |
| PKG-BAG-KTDD | $13,355.00 |
| PKG-BAG-KTHN | $15,000.00 |
| PKG-BAG-KTMC | $23,750.00 |
| PKG-BAG-KTPB | $13,750.00 |
| PKG-BAG-KTPP | $546.00 |
| PKG-BAG-PGT8 | $1.00 |
| PKG-BHU-PRINT-TAPE | $113.00 |
| PKG-BOX-11x9x6 | $2,983.00 |
| PKG-BOX-12X12X12 | $27.00 |
| PKG-BOX-12X12X6 | $3,350.00 |
| PKG-BOX-20x20x10 | $2.00 |
| PKG-BOX-24x24x12 | $207.00 |
| PKG-BOX-6x4x4 | $6,015.00 |
| PKG-BOX-7X5.5X5 | $5,758.00 |
| PKG-BOX-CAD-SHIP | $1,900.00 |
| PKG-CAD-ALDI1(DC) | $2,141.00 |
| PKG-CAD-AP(DC) | $15,265.00 |
| PKG-CAD-AP-2022 | $3,236.00 |
| PKG-CAD-CA(DC) | $18,542.00 |
| PKG-CAD-CA-2022 | $10,241.00 |
| PKG-CAD-CD(DC) | $11,899.00 |
| PKG-CAD-CD-2022 | $9,856.00 |
| PKG-CAD-CO(DC) | $16,029.00 |
| PKG-CAD-CO-2022 | $9,619.00 |
| PKG-CAD-COOK | $903.00 |
| PKG-CAD-COOK-2022(ST) | $0.00 |
| PKG-CAD-CR-ED-KCC | $15,120.00 |
| PKG-CAD-CR-ED-KCP | $13,160.00 |
| PKG-CAD-KCC(DC) | $0.00 |
| PKG-CAD-KCC-2022-45 | $34,321.00 |
| PKG-CAD-KCC-4PK-2022 | $11,293.00 |
| PKG-CAD-KCO(DC) | $21,110.00 |
| PKG-CAD-KCO-2022-45 | $12,850.00 |
| PKG-CAD-KCP(DC) | $8,792.00 |
| PKG-CAD-KCP-2022-45 | $22,218.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| PKG-CAD-KDD(DC) | $67,416.00 |
| PKG-CAD-KDD-2022-45 | $17,205.00 |
| PKG-CAD-KDD-4PK-2022 | $13,510.00 |
| PKG-CAD-KMC | $26,508.00 |
| PKG-CAD-KMC-2022-45 | $23,304.00 |
| PKG-CAD-KPB | $23,609.00 |
| PKG-CAD-KPB-2022-45 | $42,832.00 |
| PKG-CAD-KPB-4PK-2022 | $11,535.00 |
| PKG-CAD-KPBJ-2022-45 | $23,270.00 |
| PKG-CAD-KSCC-2022-45 | $12,180.00 |
| PKG-CAD-KSD | $41,931.00 |
| PKG-CAD-KSD-2022-45(ST) | $0.00 |
| PKG-CAD-KWC(DC) | $11,847.00 |
| PKG-CAD-KWC-2022-45 | $11,957.00 |
| PKG-CAD-PB(DC) | $4,072.00 |
| PKG-CAD-PB-2022 | $7,940.00 |
| PKG-CAD-PLN(DC) | $1,652.00 |
| PKG-CAD-SD(DC) | $7,409.00 |
| PKG-CAD-SD-2022 | $1,025.00 |
| PKG-CAD-TCC-2022 | $520.00 |
| PKG-CAD-TPB-2022 | $1,066.00 |
| PKG-CAD-VDD(DC) | $4,901.00 |
| PKG-CAD-VDD-2022 | $7,041.00 |
| PKG-CAD-WC(DC) | $20,582.00 |
| PKG-CAD-WC-2022 | $5,804.00 |
| PKG-COLDPACK | $1,512.00 |
| PKG-CUBEBOX | $10,690.00 |
| PKG-DRY-ICE(DC) | $0.00 |
| PKG-FILM-DBCC(DC) | $0.00 |
| PKG-FILM-DBCC-2022 | $425,517.00 |
| PKG-FILM-DBDD(DC) | $16,397.00 |
| PKG-FILM-DBDD-2022 | $97,528.00 |
| PKG-FILM-DBPB-2022(ST) | $0.00 |
| PKG-FILM-DBWC(DC) | $123,646.00 |
| PKG-FILM-DBWC-2022 | $165,994.00 |
| PKG-FLM-AP(DC) | $196,378.00 |
| PKG-FLM-AP-2022 | $26,763.00 |
| PKG-FLM-BCCC-2022 | $9,255.00 |
| PKG-FLM-BDD-OLD(XXX) | $0.00 |
| PKG-FLM-BWC-OLD(XXX) | $0.00 |
| PKG-FLM-CA(DC) | $153,102.00 |
| PKG-FLM-CA-2022 | $69,525.00 |
| PKG-FLM-CCC | $83,716.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| PKG-FLM-CD(DC) | $0.00 |
| PKG-FLM-CD-2022 | $58,813.00 |
| PKG-FLM-CHC-CHP-COOKIE-2022 | $0.00 |
| PKG-FLM-CLEAR | $21,000.00 |
| PKG-FLM-CLEAR-2022 | $0.00 |
| PKG-FLM-CR-ED-KCC | $100,000.00 |
| PKG-FLM-CR-ED-KCP | $99,060.00 |
| PKG-FLM-DBL-DRK-COOKIE-2022 | $0.00 |
| PKG-FLM-DBMC(DC) | $482,386.00 |
| PKG-FLM-DBMC-2022 | $38,473.00 |
| PKG-FLM-DBPB(DC) | $1,921.00 |
| PKG-FLM-DBPB-2022 | $150,084.00 |
| PKG-FLM-DCO(DC) | $185,486.00 |
| PKG-FLM-DCO-2022 | $58,521.00 |
| PKG-FLM-DDC | $65,956.00 |
| PKG-FLM-DKCC(DC) | $71,355.00 |
| PKG-FLM-DKCO(DC) | $161,664.00 |
| PKG-FLM-KCC-2022-45 | $304,039.00 |
| PKG-FLM-KCO-2022-45 | $41,220.00 |
| PKG-FLM-KCP(DC) | $41,533.00 |
| PKG-FLM-KCP-2022-45 | $160,885.00 |
| PKG-FLM-KDD(DC) | $0.00 |
| PKG-FLM-KDD-2022-45 | $95,316.00 |
| PKG-FLM-KMC(DC) | $159,766.00 |
| PKG-FLM-KMC-2022-45 | $55,326.00 |
| PKG-FLM-KPB(DC) | $182,591.00 |
| PKG-FLM-KPB-2022-45 | $153,730.00 |
| PKG-FLM-KPBJ-2022-45 | $32,898.00 |
| PKG-FLM-KSCC-2022-45 | $144,486.00 |
| PKG-FLM-KSD | $398,752.00 |
| PKG-FLM-KSD-2022-45(ST) | $0.00 |
| PKG-FLM-KWC(DC) | $132,901.00 |
| PKG-FLM-KWC-2022-45 | $79,510.00 |
| PKG-FLM-PB(DC) | $94,352.00 |
| PKG-FLM-PB-2022 | $57,402.00 |
| PKG-FLM-PNT-BUT- COOK-2022 | $0.00 |
| PKG-FLM-SD(DC) | $187,240.00 |
| PKG-FLM-SD-2022 | $8,820.00 |
| PKG-FLM-TCC-2022 | $15,172.00 |
| PKG-FLM-TPB-2022 | $20,230.00 |
| PKG-FLM-VDD(DC) | $51,356.00 |
| PKG-FLM-VDD-2022 | $47,541.00 |
| PKG-FLM-WC(DC) | $181,357.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| PKG-FLM-WC-2022 | $35,053.00 |
| PKG-JAR-12OZ | $79,481.00 |
| PKG-Keepcold-3x3 | $2,000.00 |
| PKG-Keepcold-8x8-40 | $6,750.00 |
| PKG-Keepcold-8x8-72 | $13,000.00 |
| PKG-LBL-ALK-CD-TOP-MCT(DC) | $5,404.00 |
| PKG-LBL-ALK-STRW-TOP-MC(DC) | $10,000.00 |
| PKG-LBL-BBAG-DBCC(DC) | $0.00 |
| PKG-LBL-BBAG-DBDD(DC) | $50,308.00 |
| PKG-LBL-BBAG-DBWC(DC) | $0.00 |
| PKG-LBL-BCD | $5,571.00 |
| PKG-LBL-BDAY-SIDE-9 | $0.00 |
| PKG-LBL-BDAY-SIDE5(DC) | $5,510.00 |
| PKG-LBL-BDAY-TOP5(DC) | $4,958.00 |
| PKG-LBL-CCHIP-8OZ(DC) | $6,558.00 |
| PKG-LBL-CCHIP-8OZ-2022(ST) | $0.00 |
| PKG-LBL-DJCB | $8,518.00 |
| PKG-LBL-DJCB-SIDE-2022(ST) | $0.00 |
| PKG-LBL-DJCB-Top(DC) | $0.00 |
| PKG-LBL-DJNUT | $12,397.00 |
| PKG-LBL-DJNUT-SIDE-2022(ST) | $0.00 |
| PKG-LBL-DJNUT-Top(DC) | $8,931.00 |
| PKG-LBL-GUN | $0.00 |
| PKG-LBL-JAR-ALK-CD-MCT-5.5(DC) | $218.00 |
| PKG-LBL-JAR-ALK-STRW-MCT-5.5(DC) | $7,755.00 |
| PKG-LBL-JAR-CCC-MCT-5.5(DC) | $12,058.00 |
| PKG-LBL-JCC-9OZ-2022 | $11,559.00 |
| PKG-LBL-JCC-SIDE-7OZ-2022 | $10,000.00 |
| PKG-LBL-JCC-TOP-MCT(DC) | $19,946.00 |
| PKG-LBL-JCCC02(DC) | -$1,171.00 |
| PKG-LBL-JCO-SIDE-2022 | $0.00 |
| PKG-LBL-JCO01(XXX) | $7,503.00 |
| PKG-LBL-JCO02(DC) | $7,679.00 |
| PKG-LBL-JDDC-SIDE-2022 | $0.00 |
| PKG-LBL-JDDC01(XXX) | $6,798.00 |
| PKG-LBL-JDDC02(DC) | $6,253.00 |
| PKG-LBL-JPB-SIDE LABEL 5.5 OZ(DC) | $51,186.00 |
| PKG-LBL-JPB-SIDE LABEL 9oz(DC) | $8,807.00 |
| PKG-LBL-JPB-SIDE-7OZ-2022 | $10,000.00 |
| PKG-LBL-JPB-SIDE-9OZ-2022 | $7,412.00 |
| PKG-LBL-JPB-Top Label Universal(DC) | $59,246.00 |
| PKG-LBL-PRO12(DC) | $2,702.00 |
| PKG-LBL-TIG-BUT-SIDE-7 | $2,896.00 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| PKG-LBL-TIG-CHC-BUT-SIDE-7 | $4,572.00 |
| PKG-LBL-ZEBRA | $30,000.00 |
| PKG-LID | $73,254.00 |
| PKG-LINERS-PAN | $0.00 |
| PKG-MAILER-BUBBLE-11x9x6 | $7,800.00 |
| PKG-MAILER-BUBBLE-12x12x6 | $5,600.00 |
| PKG-MAILER-BUBBLE-7x7x6 | $6,000.00 |
| PKG-MC-BHU | $1,178.00 |
| PKG-MC-BITES | $23,361.00 |
| PKG-MC-COOKIE | $3,292.00 |
| PKG-MC-JAR | $35,320.00 |
| PKG-MC-KETO | $933.00 |
| PKG-MC-KETO-COSTCO | $1,141.00 |
| PKG-MC-KT-2PK | $20,277.00 |
| PKG-MC-KT-4PK | $17,283.00 |
| PKG-MC-SLICE | $0.00 |
| PKG-MIGHTY-TAC | $0.00 |
| PKG-NEWSPRINT | $17.00 |
| PKG-Organic-Label(XXX) | $0.00 |
| PKG-POUCH-CCHIP-8OZ(DC) | $3,718.00 |
| PKG-ROLL-BUBBLE | $0.00 |
| PKG-ROLL-DBCC-2022 | $36,357.00 |
| PKG-ROLL-DBDD-2022 | $12,791.00 |
| PKG-ROLL-DBMC-2022 | $32,000.00 |
| PKG-ROLL-DBPB-2022 | $26,689.00 |
| PKG-ROLL-DBWC-2022 | $13,543.00 |
| PKG-ROLL-PM-PAT-2022 | $0.00 |
| PKG-ROLL-ZIPPER | -$177,523.44 |
| PKG-SHRINK-16 | $8.00 |
| PKG-SLP-SHT-40x48 | $0.00 |
| PKG-STRETCH-18 | $46.00 |
| PKG-STRETCH-20 | $10.00 |
| PKG-STRETCH-5 | $5.00 |
| PKG-SWRAP-CLEAR | $2.00 |
| PKG-SWRAP-GREEN | $0.00 |
| PKG-TAPE-MASKING | $0.00 |
| PKG-TAPE-PACKING | $31.00 |
| PKG-TRAY-BCCC-2022 | $12,119.00 |
| PKG-VBOARD | $1,782.00 |
| PKG-VMG-RIBBON-55MM | $0.00 |
| RM-Almond-Butter-Org | $36,286.00 |
| RM-Almond-Flour-Blanched-Org | $821,997.00 |
| RM-Almonds-Raw-Blanched-Org | $21,614.00 |

## Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| RM-Almonds-Roasted-Unsalted-Org | $9,100.00 |
| RM-Apple-Dices-Dehydrated-Org | $135,827.00 |
| RM-Avocado-Oil-Org | $312,477.00 |
| RM-Baobab-Org | $673,360.00 |
| RM-BDAY-POWDER-ORG | $9,650.00 |
| RM-Cacao-Nibs-Dominican-Org | $0.00 |
| RM-Caramel-Cream-Flavor-Concentrate-Org | $31,992.00 |
| RM-Cashews-Roasted-Unsalted-Org | $9,835,046.20 |
| RM-Cheesecake-Flavor-Concentrate-Org | $87,098.80 |
| RM-Cheesecake-Powder | $0.00 |
| RM-Chia-Seed-Whole-Org | $156,558.40 |
| RM-Chocolate-Kibble-Dextrin(DC) | $636,843.17 |
| RM-Chocolate-Small-Chips-Dex(DC) | $0.00 |
| RM-Cinnamon-Powder-Org | $288,603.00 |
| RM-Cocoa-Butter-Org-Ciranda(DC) | $329,546.00 |
| RM-Cocoa-Butter-Organic | $4,993,868.10 |
| RM-Cocoa-Liquor-Org | $1,712,000.00 |
| RM-Cocoa-Paste-Org | $210,000.00 |
| RM-Cocoa-Powder-Dark-Org | $194,382.00 |
| RM-Cocoa-Powder-Org | $218,970.80 |
| RM-Coconut-Cream-Flavor-Concentrate-Org | $12,138.00 |
| RM-Coconut-Flakes-Org | $1,154,180.00 |
| RM-Coconut-Flour-Org | $274,620.42 |
| RM-Coconut-Manna-Org | $46,595.00 |
| RM-Coconut-Milk-Powder-Org | $74,468.92 |
| RM-Coconut-Oil-Org | $149,650.22 |
| RM-Coconut-Sugar-Org | $14,275.00 |
| RM-ColorSprinkles-Organic | $1,158,195.00 |
| RM-Dextrin-Powder-Org | $6,165,301.00 |
| RM-Dextrin-Syrup-Org | $6,839,147.00 |
| RM-Fibergel-Orange-Pulp-Conv | $157,691.00 |
| RM-Golden-Flax-Seed-Organic | $11,390.00 |
| RM-Hazelnut-Raw-Blanched-Org | $578,289.00 |
| RM-Hazelnuts-Blanched-Roasted | $663,373.00 |
| RM-Hemp-Seeds-Shelled-Org | $942,233.00 |
| RM-IMO-Powder-Org | $8,625,512.00 |
| RM-Lemon-Whole-Org | $0.00 |
| RM-Macadamia-Nuts-Raw-Org | $226,796.00 |
| RM-MCT-Oil-Org | $2,429,786.00 |
| RM-Mint-Flavor-Oil-Org | $8,975.00 |
| RM-Monk-Fruit-25%-Org(DC) | $0.00 |
| RM-Monk-Fruit-50%-Org | $112,374.66 |
| RM-Nutmeg-Powder-Org | $22,949.40 |

Schedule A/B Part 5, Questions 19, 21 and 25 Attachment

Inventory

| Item | Current Value |
|---|---|
| RM-Olive-Oil-Org | $10,050.00 |
| RM-Pea-Protein-Crisps-Org | $312,375.00 |
| RM-Pea-Protein-Powder-Org | $4,960,809.00 |
| RM-Peanuts-Crispy-Butter-Roasted-Unsalted-Org | $0.00 |
| RM-Peanuts-Roasted-Unsalted-Org | $0.00 |
| RM-Pecans-Raw-Unsalted-Org | $0.00 |
| RM-Pecans-Roasted-Unsalted-Org(DC) | $0.00 |
| RM-Peppermint-Extract-Org | $2,323.00 |
| RM-Peppermint-Flavor-Oil-Org | $2,450.00 |
| RM-Psyllium-Husk-Powder-Org | $0.00 |
| RM-Pumpkin-Seeds-Raw-Unsalted-Org | $2,100,000.00 |
| RM-Pumpkin-Seeds-Roasted-Unsalted-Org(DC) | $0.00 |
| RM-RASP-POWDER-ORG | $71,059.76 |
| RM-Sea-Salt-Bhu-Conv | $158,520.35 |
| RM-Shortening-Org | $11,114,951.00 |
| RM-Slice-Tigernut-Raw-Org | $40,000.00 |
| RM-Stevia-Org(XXX) | $1,765.00 |
| RM-Strawberry-Freeze-Dried-Org | $157,502.04 |
| RM-Sunflower-Lecithin-Org | $567,778.66 |
| RM-Sunflower-Seeds-Raw-Org | $1,703,683.63 |
| RM-Tapioca-Flour-Org(DC) | $4,155.00 |
| RM-Tigernut-Flour-Org | $67,955.00 |
| RM-Ugandan Cacao Nibs - Organic | $3,551,236.36 |
| RM-Vanilla-Extract-1x-Org(DC) | $50,073.50 |
| RM-Vanilla-Flavor-Concentrate-Org | $53,810.00 |
| RM-Xanthan-Gum-Conv | $8,845.00 |
| RM-Xanthan-Gum-Org | $0.00 |
| SUP - Sunflower Oil - Organic (For Machine) | $0.00 |
| **Total** | **$2,216,457.87** |

| Inventory Summary by Type | |
|---|---|
| Packaging | $470,466.27 |
| Raw Materials | $750,745.71 |
| Sub Ingredients | $296,924.81 |
| Finished Goods | $698,321.08 |
| **TOTAL Inventory** | **$2,216,457.87** |

Schedule A/B Part 8, Question 50 Attachment

Other Machinery, Fixtures and Equipment

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtors Interest |
|---|---|---|---|
| 3Co-V5 3" Cutoff Assembly Complete For Use On Vemag 500 | $ 3,782 | Owner Estimate | $ 4,200 |
| Ace Coolers - 5Hp Air Cooled Condensing Unit (Cooling Conveyer) | | Appraisal | $ 13,918 |
| Ace Coolers - 5Hp Chiller System (Chiller For | | Appraisal | $ 17,933 |
| Ace Coolers - Install Work On Conveyer | $ 9,310 | Net Book Value | $ 9,310 |
| Air Compressor | | Owner Estimate | $ 2,000 |
| Air Conditioner - Per Tax Return | | Owner Estimate | $3,319.25 |
| Alberto Gilli - Enrober Swing And Stepper Conveyors. | | Appraisal | $ 76,500 |
| American Food Equipment Company - Bowl Lift | | Appraisal | $ 9,000 |
| Amfec (Deleted) - Invoice 5251111-02 . 40% Deposit | | Owner Estimate | $16,753.50 |
| Applied Industrial Technologies - Belt For Cooling Line | $ 5,762 | Net Book Value | $ 5,762 |
| Applied Industrial Technologies - Ca Llc - Belt For New | | Appraisal | $ 4,827 |
| Applied Industrial Technologies - Habasit Wvt225 | $ 5,313 | Net Book Value | $ 5,313 |
| Applied Industrial Technologies - Habasit Wvt225 | | Appraisal | $ 11,388 |
| Bagger. Bartelt #2869, Ishida Scale # 257433, Sanzari Bucket Elevator And Blue Turn Conveyor | | Appraisal | -- |
| Bakery Equipment.Com - Baxter Electric Double Rack Oven - Model#Ov210E-M2B | | Appraisal | $ 9,000 |
| Bakery Machinery & Fabrication - Labor On Bmf Machine | $ 15,433 | Net Book Value | $ 15,433 |
| Barr, Inc. - Down Payment For Cooler Box | $ 6,333 | Net Book Value | $ 6,333 |
| Barr, Inc. - Walk-In Freezer Po#15576 | | Appraisal | $ 15,000 |
| Bartelt #2869, Ishida Scale # 257433, Sanzari Bucket Elevator And Blue Turn Conveyor | | Appraisal | $ 135,000 |
| Bartlett Machine Parts | $ 13,175 | Net Book Value | $ 13,175 |
| Betty Lou's bowls, pans, 2 pun pan carts | | Owner Estimate | $ 4,500 |

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtors Interest |
|---|---|---|---|
| Bivans Corporation - Model 54L Convey-O-Mat 1/2 Hp, Dc, Variable Speed Drive Motor. Electrical Input 110 Vac, 60 Hz, Single-Phase, Nema I. Control Circuit 24 V. Needs Plant Air, 80 To 100 Psi. Fully Enclosing Safety Guards. Min 5Cpm, Max 60Cpm. Standard Carton/Product Size Range: 7/8 X 3/8 X 1- | | Appraisal | $ 7,000 |
| Bivans Corporation - Model 54L Convey-O-Mat + Add Ons Deposit Total Price $30,295.00 | $ 6,891 | Net Book Value | $ 6,891 |
| Bnf Ba Wire/Out - Wire/Out-201907230005518;Bnf Ba Wire/Out-201907230005518;Bnf Barr Inc | | Owner Estimate | $69,762.20 |
| Carlo Conti - Enrober | | Appraisal | $ 2,550 |
| Clayton Controls - 2200 Belted Conveyor Package | $ 2,876 | Net Book Value | $ 2,876 |
| Clayton Controls - 22Mdm06-0384250A141409 Quantity: 1 @ 2,807.00 Each<br><br>2200 Series Mid Drive Conveyor With V-Guide Belt Tracking, 6In (152Mm) Wide X 3.84Ft (1170Mm) Long, Drive Shaft In Position A With Type 14 - Tool-Less Fully Adjustable Hdpe Side Profile On Both Sides And Belt Type 09, High Friction Fda With Fused Finger Splice. Configuration Includes Nose Bar 0.62In (16Mm) Diameter Discharge Tail And Standard Infeed Tail And | $ 4,359 | Net Book Value | $ 4,359 |
| Clayton Controls - 7200 7300 Conveyor Packate (5% Cookie Wrapper) Total Price $8,768.71) | $ 5,554 | Net Book Value | $ 5,554 |
| Clayton Controls - Lbl62-100-15-6F Labeler, Motor Controller/ Driver, Smac Lah-Vrtd-03 10 Year | | Owner Estimate | $144,283.75 |
| Cnp Signs & Graphics - Hyster Forklift (Total Price | | Appraisal | $ 10,000 |
| Complex Steel Buildings - Engineering Shop - In Service November | | Owner Estimate | $14,388.70 |
| Confirm Bioscience - Complete L-Bar Sealer Wrapping System Including Automatic L Bar Sealer Entrepack | | Appraisal | $ 17,500 |
| Conveyor & Storage Solutions, Inc. - 50% Deposit - Racking For Cactus St | | Owner Estimate | $75,000.00 |
| Conveyor & Storage Solutions, Inc. - Construction In Cactus | $ 6,859 | Net Book Value | $ 6,859 |
| Conveyor & Storage Solutions, Inc. - Permits For Racking | $ 2,752 | Net Book Value | $ 2,752 |

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtors Interest |
|---|---|---|---|
| Cooler - Hm Constructor - 1 New 45'X57'X28' Cooler Package To Include: $105,963.00; New Greenspan- Mesaline, 27'8" Length X 4" Thickness X 42" Wide, White Interior/Exterior Tongue And Groove Insulated Panels.<br>New Greenspan- Mesaline, 15' Length X 4" Thickness X 42" Wide, White Interior/Exterior Tongue And Groove Insulated Panels.<br>New Trim Items To Include: 210' 2"X2" Base Angle, 330' 2"X6" White Outside Corners, 60' 2"X4"X2" Door Cap Trim, 128' Ceiling Tee White 16',<br>120' 6" Top Side Batten, 240 Tubes Butyl, 2456 #10 Trim Screws, 240' 3"X3" Galv Angle W/ Holes, 330' 4"X4" White Offset Inside Corners,<br>200 10-4 Fab Loks, 5 Rolls 6" Vapor Barrier, 1 Froth Pak, 51 Ceiling Suspension Clips, 8 Ceiling Tee Splice Plates, 30 Eyelets.<br>1 New (Acq) 8' X 10' Manual Sliding Cooler/ Freezer Door W/ Heat Wire, 4" Thick Urethane, White Finish In/Out, Slides ( 1R / 1L ) To Open.<br>2 New Barr 3'X7'H Cooler Door, 4" Urethane, Stucco (White) Finish, (1R /1L) Hand Hinges On A (3) Sided Retro-Fit Frame- With (3.5") Jambs.<br>2 New 3.5 Hp Krack Mnfg Outdoor, Air-Cooled Condensing Unit; Unit Mod: Hdsz-0350Mrm De-D, 460 Volt, 3 Phase, R-449A With Barr 4 Yr Ext. Service | | Appraisal | -- |

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtors Interest |
|---|---|---|---|
| Cooler - Hm Constructor - 1 New 45'X57'X28' Cooler Package To Include: $105,963.00New Greenspan- Mesaline, 27'8" Length X 4" Thickness X 42" Wide, White Interior/Exterior Tongue And Groove Insulated Panels.<br>60 New Greenspan- Mesaline, 15' Length X 4" Thickness X 42" Wide, White Interior/Exterior Tongue And Groove Insulated Panels.<br>51 New Trim Items To Include: 210' 2"X2" Base Angle, 330' 2"X6" White Outside Corners, 60' 2"X4"X2" Door Cap Trim, 128' Ceiling Tee White 16',<br>120' 6" Top Side Batten, 240 Tubes Butyl, 2456 #10 Trim Screws,<br>240' 3"X3" Galv Angle W/ Holes, 330' 4"X4" White Offset Inside Corners,<br>200 10-4 Fab Loks, 5 Rolls 6" Vapor Barrier, 1 Froth Pak, 51 Ceiling Suspension Clips, 8 Ceiling Tee Splice Plates, 30 Eyelets.<br>1 New (Acq) 8' X 10' Manual Sliding Cooler/ Freezer Door W/ Heat Wire, 4" Thick Urethane, White Finish In/Out, Slides ( 1R / 1L ) To Open.<br>2 New Barr 3'X7'H Cooler Door, 4" Urethane, Stucco (White) Finish, (1R /1L) Hand Hinges On A (3) Sided Retro-Fit Frame- With (3.5") Jambs.<br>2 New 3.5 Hp Krack Mnfg Outdoor, Air-Cooled Condensing Unit; Unit Mod: Hdsz-0350Mrm De-D, 460 Volt, 3 Phase, R-449A With Barr 4 Yr Ext. Service | | Appraisal | $ 150,000 |
| Cooler - Per Tax Return | $ 1,264 | Net Book Value | $ 1,264 |

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtors Interest |
|---|---|---|---|
| Cooler Work - Vhl And Occupational - Electrical Cooler Work | $ 43,391 | Net Book Value | $ 43,391 |
| Diamond Custom Machines - Chocolate Melanger | | Appraisal | $ 12,665 |
| Diamond Custom Machines - Dcm 200 | | Appraisal | $ 14,365 |
| Doboy Stratus Infeed Chain | | Appraisal | $ 37,500 |
| Doughboy Stratus | | Owner Estimate | $35,000.00 |
| El Dorado - Climbing Wall | | Appraisal | $ 20,000 |
| Elec Tech Enterprises - Interlocks For Depositor And Cooler | $ 4,578 | Net Book Value | $ 4,578 |
| Engineering Department - Time Spent On Chocolate Machines And Putting Them Together | $ 20,865 | Net Book Value | $ 20,865 |
| Equipment - Per Tax Return | $ 1,037 | Net Book Value | $ 1,037 |
| Equipment - Per Tax Return | $ 1,211 | Net Book Value | $ 1,211 |
| Equipment - Per Tax Return | $ 1,248 | Net Book Value | $ 1,248 |
| Equipment - Per Tax Return | $ 2,012 | Net Book Value | $ 2,012 |
| Equipment - Per Tax Return | $ 2,273 | Net Book Value | $ 2,273 |
| Equipment - Per Tax Return | $ 2,355 | Net Book Value | $ 2,355 |
| Equipment - Per Tax Return | $ 3,414 | Net Book Value | $ 3,414 |
| Equipment - Per Tax Return | $ 6,359 | Net Book Value | $ 6,359 |
| Equipment - Per Tax Return | $ 7,968 | Net Book Value | $ 7,968 |
| Equipment - Per Tax Return | $ 10,889 | Net Book Value | $ 10,889 |
| Excel Packaging Systems, Inc. - E-300 Poucher | $ 45,776 | Net Book Value | $ 45,776 |
| Excel Packaging Systems, Inc. - E-300 Poucher | $ 51,038 | Net Book Value | $ 51,038 |
| Food Tools - Verticle Cheese Cutter | | Appraisal | $ 3,500 |
| Freezer Unit - Per Tax Return | | Owner Estimate | $2,456.50 |
| Gerald Sarnow - Pak 201 Horizontal Wrap | | Appraisal | $ 37,500 |

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtors Interest |
|---|---|---|---|
| Hacos - Chocolate Line Equipment Machines | | Appraisal | $ 52,577 |
| Hacos - Chocolate Line Equipment Machines | $ 55,154 | Net Book Value | $ 55,154 |
| Hazard Cabinets | | Owner Estimate | $ 2,000 |
| Healthy Water System - Water Machines | | Owner Estimate | $3,399.94 |
| Heat Sealing Roller (Checkered) For Machine - 2Nd Payment | $ 5,961 | Net Book Value | $ 5,961 |
| Horizontal Flow Wrapper - Per Tax Return | | Appraisal | $ 37,500 |
| Ideal Products - Bulk Purchase Of Air Filters For | | Owner Estimate | $3,451.58 |
| Insert 3' | | Owner Estimate | $ 2,035 |
| Katom Restaurant Supply - Refrigerator | | Appraisal | $ 3,000 |
| Limaq Chocolate Equipment - Limaq Chocolatetempering Machine, Tanks | | Appraisal | $ 9,180 |
| Limaq Chocolate Equipment - Limaq Chocolatetempering Machine, Tanks | $ 159,527 | Net Book Value | $ 159,527 |
| Lsi Labelling System | | Appraisal | $ 2,500 |
| Machine - Per Tax Return | $ 2,492 | Net Book Value | $ 2,492 |
| Machine Parts | | Owner Estimate | $ 1,973 |
| Mcautomation, Inc. - Custom Control Box User Interface | $ 3,777 | Net Book Value | $ 3,777 |
| Miramar Forklift - Hyster Pallet Jack, 4,500Lb. Built In | | Appraisal | $ 2,500 |
| Naumann Hobbs - | $ 4,326 | Net Book Value | $ 4,326 |
| Naumann Hobbs - | $ 7,568 | Net Book Value | $ 7,568 |
| Naumann Hobbs - 1 Walkie Pallet Truck + 1 Stand-Up Reach Forklift (Total Price $30,590.29) | | Appraisal | $ 32,500 |
| Occupational Services, Inc. - Technical Report | | Appraisal | $ 7,200 |
| Outlaw Packaging - Remainder Of Invoice 1045 For Band Sealer | | Appraisal | $ 2,000 |
| Outlaw Packaging - Tabletop Pouch Sealer - 50% Deposit | | Owner Estimate | $4,731.19 |
| Oz Packaging - Meki X-Ray Inspection System | | Appraisal | $ 30,000 |
| Oz Packaging - Meki X-Ray Inspection System | | Appraisal | -- |
| Oz/First American/Tcf - Meki X-Ray Inspection | | Appraisal | $ 30,000 |
| Pacific Labeling & Integration - Model 600N Wrap Labeling System | | Appraisal | $ 20,000 |

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtors Interest |
|---|---|---|---|
| Pacific Labeling & Integration - Model 600N Wrap Labeling System | | Appraisal | -- |
| Plex - Shipping On Limaq Machine | | Net Book Value | $ (2,831) |
| Power Equipment Direct - Easy-Kleen Professional 2700 Psi (Gas - Hot Water) Pressure Washer | | Owner Estimate | $2,471.95 |
| Pre-Owned Collomat Labeler Head & Controller | | Owner Estimate | $13,175.00 |
| Pressure | | Owner Estimate | $ 2,500 |
| Robert Reiser And Company - Machine Parts | | Owner Estimate | $ 7,030 |
| Sigma Equipment - J6424 - Portec Mild Steel 39" Wide 90 Degree Conveyor | | Appraisal | -- |
| Sigma Equipment, Inc. - Case Sealer | | Appraisal | -- |
| Sj Anderson - 1 X 3000Kg Macintyre Millennium Refiner Conche'S | | Appraisal | $ 78,360 |
| Sj Anderson - 1 X 3000Kg Macintyre Millennium Refiner Conche'S | | | -- |
| Strip-Curtains.Com - Strip-Curtains.Com Point Roberts | | Owner Estimate | $5,549.88 |
| Temperature Design Refrigeration - Installation For Walk In Freezer | $ 14,813 | Net Book Value | $ 14,813 |
| Temperature Design Refrigeration - Refrigeration | $ 2,919 | Net Book Value | $ 2,919 |
| Tennant - Scrubber 43 Cm | | Appraisal | $ 5,500 |
| The Cary Company - 89Mm Foil Heat Induction Liner. S70A Fs 3-19 | | Owner Estimate | $2,842.40 |
| The Cary Company - 89Mm Foil Heat Induction Liner. S70A Fs 3-19 | | Owner Estimate | $2,971.60 |
| Unidentified Assets | $ 11,314 | Net Book Value | $ 11,314 |
| Union Standard Equipment - Chocolate Melting Kettle | | Appraisal | $ 31,817 |
| Union Standard Equipment - Cooler | $ 31,817 | Net Book Value | $ 31,817 |
| Union Standard Equipment - Equipment | $ 7,010 | Net Book Value | $ 7,010 |
| Union Standard Equipment - Tempering Unit | $ 17,135 | Net Book Value | $ 17,135 |
| Union Standard Equipment - Woody Stringer | | Appraisal | $ 16,150 |
| United Lift Holdings - Forklift | | Owner Estimate | $ 12,200 |
| Vemag Hp-10C #142-1750 - Total Cost | | Appraisal | $ 45,000 |
| Vestco - Bowl Lift | | Appraisal | $ 1,250 |

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtors Interest |
|---|---|---|---|
| Vestco - Double Rack Oven (Total Price $13,025.25 And Refund Of 9,875) | | Owner Estimate | $ 11,771 |
| Vestco - Dough Mixer | | Owner Estimate | $ 16,929 |
| Vestco - Dough Mixer | | Owner Estimate | $ 17,488 |
| Vestco - Sink, Drainboard, Rinse Sprayer W/Faucet, Mop Sink + Faucet (Total Price $3,462.15) | | Appraisal | -- |
| Vestco Bakery And Restaurant Equipment - Amf 34 | | Appraisal | $ 70,000 |
| Vestco Bakery And Restaurant Equipment - Equipment | $ 1,294 | Net Book Value | $ 1,294 |
| Vestco Bakery And Restaurant Equipment - Rubber Edge For Amf 340 Glen Paddle | | Appraisal | -- |
| Vestco Food Equipment, Inc. - Amf 340Qt Planetary Dough Mixer (Total Price $67,478.13) | | Vestco Appraisal | $ 57,356 |
| Walk In Refrigerator - Per Tax Return | $ 2,470 | Net Book Value | $ 2,470 |

**Fill in this information to identify the case:**

Debtor name Laura's Original Boston Brownies, Inc. dba Bhu Foods

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ____________

☐ Check if this is an amended filing

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
B.D. Briggs, LLC

**Creditor's mailing address**
31 Richboynton Road
Dover, NJ 07801

**Creditor's email address, if known**

**Date debt was incurred** 06/24/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor,

Collateral subject to this lien may also be subject to liens claimed by Comerica the relative priority of which has not been assessed.

**Describe debtor's property that is subject to a lien**
Bartelt #2869; Ishida scale #257433; Sanzari bucket elevator; blue turn conveyor. Debtor anticipates creditor may claim its interest is that of a lessor. Debtor's position is that the transaction underlying this claim is a security agreement. To the extent the claim is also identified on Sch G, it is listed only as a precaution to preserve Debtor's right to reject the agreement to the extent it is found to be a lease.

Column A: $ 74,639.36 — Column B: $ 135,000.00

**Describe the lien**
Equipment Loan,

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**2.2 Creditor's name**
Comerica Bank

**Creditor's mailing address**
1717 Main Street
4th Floor, MC 6506, Dallas, TX 75201

**Creditor's email address, if known**

**Date debt was incurred** 02/25/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.

To the extent Comerica asserts a lien on property which is the subject of transactions with other claimants identified on Sch. D, Comerica's collateral may be subject to the interests of those claimants. The priority of the respective liens has not been assessed.

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All personal property of Debtor of every kind, whether presently existing or hereafter created or acquired, and wherever located.

Column A: $1,000,000.00 — Column B: $Undetermined

**Describe the lien**
Line of Credit

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 2,378,648.14

Debtor Laura's Original Boston Brownies, Inc. dba Bhu Foods Case number (if known)
Name

## Part 1: Additional Page

Column A — Amount of claim — Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3 Creditor's name**
Comerica Bank

**Creditor's mailing address**
1717 Main Street
4th Floor, MC 6506, Dallas, TX 75201

**Creditor's email address, if known**

**Date debt was incurred** 02/25/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
To the extent Comerica asserts a lien on property which is the subject of transactions with other claimants identified on Sch. D, Comerica's collateral may be subject to the interests of those claimants. The priority of the respective liens has not been assessed.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All accounts receivable, inventory, investment property, equipment and fixtures, general intangibles, goods, books and records, and all additions, attachments, and cash and non-cash proceeds thereof.

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $960,000.00
Column B: $Undetermined

**2.4 Creditor's name**
First American Commercial Bancorp Inc.

**Creditor's mailing address**
211 High Point Drive
Victor, NY 14564

**Creditor's email address, if known**

**Date debt was incurred** 09/01/2019

**Last 4 digits of account number** 9578

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
Collateral subject to this lien may also be subject to liens claimed by Comerica the relative priority of which has not been assessed.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
See attachment. Debtor anticipates creditor may claim its interest is that of a lessor. Debtor's position is that the transaction underlying this claim is a security agreement. To the extent the claim is also identified on Sch G, it is listed only as a precaution to preserve Debtor's right to reject the agreement to the extent it is found to be a lease.

**Describe the lien**
FA Equipment Loan 1,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $88,443.22
Column B: $72,454.00

**Part 1: Additional Page**

| | Column A Amount of claim | Column B Value of collateral that supports this claim |
|---|---|---|
| | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5 Creditor's name**
First American Commercial Bancorp Inc.

**Creditor's mailing address**
211 High Point Drive
Victor, NY 14564

**Creditor's email address, if known**

**Date debt was incurred** 02/12/2020

**Last 4 digits of account number** 9578

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.

    Collateral subject to this lien may also be subject to liens claimed by Comerica the relative priority of which has not been assessed.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
148-C 8-Inch SS Primary Peanut Butter Mill including Pedestal. Debtor anticipates creditor may claim its interest is that of a lessor. Debtor's position is that the transaction underlying this claim is a security agreement. To the extent the claim is also identified on Sch G, it is listed only as a precaution to preserve Debtor's right to reject the agreement to the extent it is found to be a lease.

Column A: $26,567.81 Column B: $35,000.00

**Describe the lien**
FA Equipment Loan 3

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**2.6 Creditor's name**
First American Commercial Bancorp Inc.

**Creditor's mailing address**
211 High Point Drive
Victor, NY 14564

**Creditor's email address, if known**

**Date debt was incurred** 02/19/2020

**Last 4 digits of account number** 9578

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.

    Collateral subject to this lien may also be subject to liens claimed by Comerica the relative priority of which has not been assessed.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
See attachment. Debtor anticipates creditor may claim its interest is that of a lessor. Debtor's position is that the transaction underlying this claim is a security agreement. To the extent the claim is also identified on Sch G, it is listed only as a precaution to preserve Debtor's right to reject the agreement to the extent it is found to be a lease.

Column A: $101,220.51 Column B: $267,653.00

**Describe the lien**
FA Equipment Loan 2,

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Debtor Laura's Original Boston Brownies, Inc. dba Bhu Foods Case number (if known)
Name

**Part 1: Additional Page**

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7 Creditor's name**
Jules and Associates, Inc.

**Creditor's mailing address**
515 S. Figueroa St.
Ste. 1900, Los Angeles, CA 90071

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 3339

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
Collateral subject to this lien may also be subject to liens claimed by Comerica the relative priority of which has not been assessed.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
See attachment. Debtor anticipates creditor may claim its interest is that of a lessor. Debtor's position is that the transaction underlying this claim is a security agreement. To the extent the claim is also identified on Sch G, it is listed only as a precaution to preserve Debtor's right to reject the agreement to the extent it is found to be a lease.

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $96,828.47 Column B: $78,500.00

**2.8 Creditor's name**
Robert Reiser & Co., Inc.

**Creditor's mailing address**
725 Dedham St.
Canton, MA 02021

**Creditor's email address, if known**

**Date debt was incurred** 08/17/2020

**Last 4 digits of account number** 9193

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
Collateral subject to this lien may also be subject to liens claimed by Comerica the relative priority of which has not been assessed.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Vemag HP-10C serial #142-1750. Debtor anticipates creditor may claim its interest is that of a lessor. Debtor's position is that the transaction underlying this claim is a security agreement. To the extent the claim is also identified on Sch G, it is listed only as a precaution to preserve Debtor's right to reject the agreement to the extent it is found to be a lease.

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $30,948.77 Column B: $45,000.00

Debtor Laura's Original Boston Brownies, Inc. dba Bhu Foods Case number (if known)

Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Angel E. Nevarez<br>515 S. Figuroa St.<br>Ste. 1900<br>Los Angeles, CA, 90071 | Line 2. 7 | |
| Comerica Bank<br>39200 SIX MILE ROAD<br>MC 7578<br>Livonia, MI, 48152 | Line 2. 2 | |
| Comerica Bank<br>39200 SIX MILE ROAD<br>MC 7578<br>Livonia, MI, 48152 | Line 2. 3 | |
| Corporate Creations Network, Inc.<br>5901 W. Century Blvd.<br>#750<br>Los Angeles, CA, 90045 | Line 2. 2 | |
| Corporate Creations Network, Inc.<br>5901 W. Century Blvd.<br>#750<br>Los Angeles, CA, 90045 | Line 2. 3 | |
| Corporation Service Company dba CSC _ Lawyers Incorporating Service<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA, 95833-3505 | Line 2. 4 | |
| Corporation Service Company dba CSC _ Lawyers Incorporating Service<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA, 95833-3505 | Line 2. 5 | |
| Corporation Service Company dba CSC _ Lawyers Incorporating Service<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA, 95833-3505 | Line 2. 6 | |
| Curtis C. Farmer, CEO<br>1717 Main Street<br>MC6505<br>Dallas, TX, 75201 | Line 2. 2 | |
| Curtis C. Farmer, CEO<br>1717 Main Street<br>MC6505<br>Dallas, TX, 75201 | Line 2. 3 | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

FIRST AMERICAN
An RBC / City National Company

# EXHIBIT A
## To
## Equipment Schedule No. 02
## To
## Master Lease No. 2019578

**Lessee:** LAURA'S ORIGINAL BOSTON BROWNIES, INC.

**Contact:** Sierra Tipton

**Equipment Location: 2735 Cactus Road, San Diego, CA 92154**

| Quantity | Description |
|---|---|
| 1 | American Food Equipment Co. 2-3K2 Column Dumper including Portable Base, .2-Inch Ball Screw, and Bowl Carriage |
| 1 | Krack Manufacturing HTSZ-0750LSK Outdoor Air-Cooled Condensing Unit including Medium Profile MK26E-254EKK Evaporator, Defrost Timer, and 4-Year Extended Service Agreement |
| 1 | GreenSpan MesaLine Insulated Freezer Panel including (18) 10-Foot by 4-Inch by 42-Inch Side Panel, (6) 20-Foot by 4-Inch by 42-Inch Ceiling Panel, (21) 2-Inch by 2-Inch White Interior Flashing at 8-Foot Sections, (11) 2-Inch by 6-Inch White Exterior Slashing at 8-Foot Sections, Barr Trim Installation Package, and (12) Used 46-Inch by 11.6-Inch by 4-Inch Urethane Cam-Locking Style Insulated Pane |
| 1 | Bivans Corporation 54L Convey-O-Mat including Integrated Stop, Tool-Reducing, Model 350D Debosser, Left Hand Discharge, and Other Accessories |
| 1 | Excel Packaging Rotary Pouch Sealing Machine<br>**Serial Number:** M552451 |
| 1 | Excel Packaging Filling Funnel Vibration Device |
| 1 | Excel Packaging Shaker Device |
| 1 | Excel Packaging UW-10 Multi-Head Combination Weigher<br>**Serial Number:** M552452 |
| 1 | Excel Packaging APC Uninterrupted Power Supply |
| 1 | Excel Packaging PLT-160 Scale Platform |
| 1 | Excel Packaging ZET-183 Z Bucket Elevator Conveyor<br>**Serial Number:** M552453 |
| 1 | Excel Packaging 220V 1-Phase INC-52 Incline Conveyor |
| 1 | Excel Packaging Rotary Accumulation Turntable<br>**Serial Number:** M552455 |
| 24 | 35-Millimeter by 100-Meter Resin Based White Hot Stamp Ribbon |
| 1 | Thermal Transfer Ribbon Printer |
| 2 | RJ Fab 24-Inch by 24-Inch 2-Compartment Sink (Item No. RJ-2-2424) |
| 2 | Vestco Pre Rinse Sprayer including Add-On Faucet |
| 1 | Space Saver 12-Inch by 17-Inch by 6-Inch Hand Sink and Welded Splash Guard (Item No. HS-1217SSG) including Faucet Strainer |
| 1 | Zurn 24-Inch by 24-Inch Mop Sink |
| 1 | Zurn Service Faucet |
| 1 | Reconditioned 2013 Baxter Electric Double Rack Oven (Item No. OV-500-E2)<br>**Serial Number:** 24-2012025 |
| 1 | Upblast Blower and Roof Curb |
| 1 | Used Fortress Phantom Metal Detector including 60-Day Warranty<br>**Serial Number:** L13627 |
| 2 | Used Stainless Steel 34-Slide Side-Load Oven Rack |
| 1 | Value Added Service provided by Excel Packaging including System Integration and Engineering |
| 1 | Value Added Service provided by Temperature Design Refrigeration, Inc. including Walk-In Cooler and Walk-In Freezer Installation |
| 1 | Freight |
| 1 | Sales Tax |

Lessee certifies that the above referenced Equipment listing is correct, as of the date set forth below its authorized representative's signature.

| **Accepted By Lessee:** | | **Accepted By Lessor:** | |
|---|---|---|---|
| LAURA'S ORIGINAL BOSTON BROWNIES, INC. | | FIRST AMERICAN COMMERCIAL BANCORP, INC. | |
| **By:** | | **By:** | |
| DocuSigned by: Laura Katleman 8AB1B0221BDD4BC... | | DocuSigned by: Sara Snyder 7D1D1508030244B... | |
| **Name:** | | **Name:** | |
| Laura Katleman | | Sara Snyder | |
| **Title:** | **Date:** | **Title:** | **Date:** |
| Chief Executive Officer | February 19, 2020 | Vice President | February 20, 2020 |

COPY VIEW

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

FIRST AMERICAN
An RBC / City National Company

# EXHIBIT A

## To
## Equipment Schedule No. 01
## To
## Master Lease No. 2019578

**Lessee:** LAURA'S ORIGINAL BOSTON BROWNIES, INC.

**Contact:** Sierra Tipton

**Equipment Location: 2735 Cactus Road, San Diego, CA 92154**

| Quantity | Description |
|---|---|
| 1 | Krack Outdoor Refrigeration Box (Item No. HTSZ-0500MSM) including R404A Refrigerant Gas and Barr 4-year Service Agreement, Krack Medium Profile Evaporator, R-Plus 8-Foot by 10-Foot Manual Sliding Door with Exterior Side Jambs and 8-Foot by 10-Foot Clear Verilon 8-Inch by 0.080-Inch Strip Curtain with Universal Mount and Warranty, Set of 4-Inch Insulated Metal Tongue-and-Groove Panels to Construct 40-foot by 40-foot by 20-Foot Cooler including (48) 20-Foot Wall Panel, (24) 19-Foot and 11.5-Inch Ceiling Panel, Set of New Installation Trim including (32) 10-Foot Sectioned Base Angle, (24) 3-Inch by 3-Inch 10-Foot Section Inside Corner Flashing, (24) 2-Inch by 6-Inch 10-Foot Section Outside Corner Flashing, (3) 2-Inch by 4-Inch by 2-Inch 10-Foot Section Door Cap Trim, (3) 16-Foot Section Ceiling Tee with Holes, (4) 6-Inch Top Side Batten Over Ceiling Butt, (156) Tube of Butyl Caulk, (1936) Number Ten Screw, (4) 6-Inch by 75-Foot Air-Shield Vapor Barrier Roll, (1) Froth-Pak 200 Board Feet, (24) Ceiling Suspension Clip Kit, (2) Ceiling Tee Splice Plate Kit, (10) Eyelet, and Barr 3-Foot by 7-Foot Cooler Door with 4-Inch Urethane, Stucco White Finish, Left Hand Hinges on a 3-Sided Retro-Fit Frame with 3.5-Inch Jambs) |
| 1 | Doboy Stratus Wrapping Machine including Allen Bradley 3-Axis ControlLogix PLC Control Servo System Upgrade, Videojet Dataflex 6330 Printer, New Jaw Set, 7-Inch Zig-Zag Knife, 7-Inch Anvil, 7-Inch Heater, and Thermocouples |
| 1 | 2015 Used Jungheinrich ETR 345 Fork Lift<br>**Serial Number:** 82821154 |
| 1 | 2019 Jungheinrich Electric EJE 120 Walkie Pallet Jack<br>**Serial Number:** 98240442 |
| 1 | Refurbished AMF Glen 340 340-Quart Planetary Dough Mixer including (2) Stainless Steel Bowl with Bowl Dollie, Stainless Steel Bowl Guard, Stainless Steel Whip, Stainless Steel Flat Beater, Stainless Steel Rotating Head Assembly, Beater Drive Shaft, Power Bowl Lift, Locking Ring, and Heavy Duty Cast Frame |
| 1 | Value Added Services provided by B.D. Briggs LLC including Product Support and Installation |
| 1 | Sales Tax |
| 1 | Freight |

**Equipment Location: 1022 W Morena Boulevard, San Diego, CA 92110**

| Quantity | Description |
|---|---|
| 1 | Dorner AquaGard 7200 Series Conveyor Belt including 8-Inch by 8-Foot V-Guide Belt Tracking, Single Bottom Wiper, Position B Drive Shaft, Adjustable Width UHMW Guide and Type 68 FDA Encased Low Friction Belt with Fused Finger Splice<br>**Serial Number:** 762770-1A |
| 1 | Dorner 7200 Series Standard Load Bottom Gearmotor Mounting Package including Heavy Duty Chain for 8-Inch Wide B Position Mounted Conveyor<br>**Serial Number:** 762770-2A |
| 1 | Dorner AquaGard Standard Load Parallel Shaft including Variable Frequency Drive Gearmotor |
| 1 | Dorner AquaPruf 115-Volt, 1-Phase, 1.4-AMP Variable Speed Controller including 60-Hertz Input and 230-Volt AC Output<br>**Serial Number:** 762770-4A |
| 3 | Dorner Adjustable Height Stand including Swivel Casters for a 12-Inch Wide Conveyor<br>**Serial Number:** 762770-5A, 762770-5B, 762770-5C |
| 3 | Dorner Two-Legged Stand Bracing |
| 1 | Dorner 2200 Series End Drive Conveyor including V-Guide Belt Tracking, 5-Inch by 2.84-Foot Long Drive Shaft in Position B with Type 14 Tool-less Fully Adjustable High-Density Polyethylene Side Profile on Both Sides, Belt Type 09, and High Friction FDA with Fused Finger Splice<br>**Serial Number:** 767541-1A |

COPY VIEW

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

FIRST AMERICAN
An RBC / City National Company

| Quantity | Description |
|---|---|
| 1 | Dorner 2200 Series Standard Load E-Drive 90-Degree 3-Pound End Drive Conveyor Side-Mount Package |
| 1 | Dorner Standard Load E-Drive 90-Degree Variable Speed Gearmotor including 0.5-Horsepower, 230/460-Volt, 3-Phase, 6-60 Hertz, 345-RPM, and 24-242-Feet per Minute Variable Belt Speed<br>**Serial Number:** 767541-3A |
| 1 | Dorner Variable Speed Controller including National Electrical Manufacturers Association 4-Enclosure, 115-Volt, 2.2-Amp, 1-Phase, 60-Hertz Input, and 230-VAC Output<br>**Serial Number:** 767541-4A |
| 1 | Outlaw Packaging Tabletop Conveyorized Sealing System (Item No. TCBSDM-3/8 6x3)<br>**Serial Number:** 4538DM |
| 1 | Outlaw Packaging Single Line No-Ink Embossing Coder including (70) Character for Embossing Coder |
| 1 | Freight |
| 1 | Sales Tax |

Lessee certifies that the above referenced Equipment listing is correct, as of the date set forth below its authorized representative's signature.

| **Accepted By Lessee:** | | **Accepted By Lessor:** | |
|---|---|---|---|
| LAURA'S ORIGINAL BOSTON BROWNIES, INC. | | FIRST AMERICAN COMMERCIAL BANCORP, INC. | |
| **By:** | | **By:** | |
| DocuSigned by: Laura Katleman 9AB1B0231BDD4BC... | | DocuSigned by: Sara Snyder 7D1D1508030244B... | |
| **Name:** | | **Name:** | |
| Laura Katleman | | Sara Snyder | |
| **Title:** | **Date:** | **Title:** | **Date:** |
| Chief Executive Officer | August 14, 2019 | Vice President | August 15, 2019 |

COPY VIEW

# REVISED EXHIBIT "A"
# JULES AND ASSOCIATES, INC.
# MASTER EQUIPMENT LEASE AGREEMENT NO: 20073339
# SCHEDULE NO. 1

Equipment Location: 2735 Cactus Road, Suite 101, San Diego, CA 92154

| Vendor Name | Invoice No. | Description |
|---|---|---|
| E&H Industries LLC DBA E-Distribution | 19415 | ONE (1) NEW PALLET POSITION WIDE INDUSTRIAL PALLET FLOW RACKING SYSTEM INCLUDES:<br>10-NEW BAYS PALLET FLOW RACK 1 RUN 9-DEEP X 3 HIGH STRUCTURE AND PALLET FLOW LANES<br>1 LOT INSTALL 10-BAYS PALLET FLOW RACK<br>1 LOT RENTAL EQUIPMENT 2 SCISSOR LIFTS GS2632 2 FORKLIFTS ELECTRIC 2 WEEKS<br>1 LOT FREIGHT CHARGES TO JOB SITE ALL MATERIALS<br>1 LOT CHARGES FOR RACK<br>ENGINEERING PERMIT DOCUMENTS WITH SUBMITTAL<br><br>ONE (1) 3 BAYS NEW INDUSTRIAL PUSH BACK RACK 2 BAYS 3 DEEP AND 1 BAY 2 DEEP X 4 HIGH<br>INSTALLATION, RENTALS, ENGINEERING<br><br>FORTY EIGHT (48) WEDGE ANCHORS<br>INSTALLATION AND RENTALS |

Along with all additions, substitutions, attachments, replacements, and accessions thereof, plus the proceeds of all the foregoing including amounts payable under any insurance policy.

This Exhibit "A" is attached to and a part of Jules and Associates, Inc. Master Equipment Lease Agreement No. 20073339, Schedule No. 1 and constitutes a true and accurate description of the equipment.

**LESSEE: Laura's Original Boston Brownies, Inc.**

ACKNOWLEDGED & ACCEPTED BY:

DocuSigned by:

BY: Laura J. Katleman
8AB1B0221BDD4BC...

Laura J. Katleman, President

**Fill in this information to identify the case:**

Debtor: Laura's Original Boston Brownies, Inc. dba BHU Foods

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ____________

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** | | |

**2.1 Priority creditor's name and mailing address**
GA Dept of Revenue - Compliance Division
1800 Century Blvd NE, Suite 9100
Atlanta, GA, 30345-3205

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ 67.23 — Priority amount: $ 67.23

**Date or dates debt was incurred:** 2023

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number:** 8592

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2 Priority creditor's name and mailing address**
Illinois Department of Revenue
Retailers' Occupation Tax
P.O. BOX 19013
Springfield, IL, 62794-9013

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ 139.37 — Priority amount: $ 139.37

**Date or dates debt was incurred:** 2023

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number:** 8592

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3 Priority creditor's name and mailing address**
N.J. Division of Taxation
P.O. Box 999

Trenton, NJ, 08646-0999

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $119.42 — Priority amount: $119.42

**Date or dates debt was incurred:** ____________

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number:** 8592

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods Case number (if known)
Name

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Total claim | Priority amount

**2.4 Priority creditor's name and mailing address**

NYS Tax Department
Sales Tax Registration Unit
W A Harriman Campus
Albany, NY, 12227

Total claim: $428.35 — Priority amount: $428.35

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ____________________

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** 8592

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.5 Priority creditor's name and mailing address**

North Carolina Department of Revenue
P.O. Box 25000

Raleigh, NC, 27640-0640

Total claim: $245.33 — Priority amount: $245.33

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Taxes & Other Government Units

**Date or dates debt was incurred** ____________________

**Last 4 digits of account number** 8592

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.6 Priority creditor's name and mailing address**

Revenue Administration Division
Taxpayer Service Section
110 Carroll Street
Annapolis, MD, 21411-0001

Total claim: $10.71 — Priority amount: $10.71

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Taxes & Other Government Units

**Date or dates debt was incurred** ____________________

**Last 4 digits of account number** 8592

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.7 Priority creditor's name and mailing address**

Virginia Department of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA, 23218-1115

Total claim: $25.82 — Priority amount: $25.82

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Taxes & Other Government Units

**Date or dates debt was incurred** ____________________

**Last 4 digits of account number** 8592

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Abbott Blackstone Co.
411 Cleveland St

Clearwater, FL, 33755

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Ingredients

$ 29,044.85

**Date or dates debt was incurred** 12/13/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
Ace Coolers, Inc.
7852 Raytheon Road

San Diego, CA, 92111

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Electrical and Building Maintenance

$ 11,352.88

**Date or dates debt was incurred** 10/4/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
ADP, Inc.
P.O. Box 31001-1874

Pasadena, CA, 91110-1874

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Payroll

$ 293.62

**Date or dates debt was incurred** 2/24/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Ads Needed
3115 Main St
Suite F
Stratford, CT, 6614

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marketing Services

$ 2,500.00

**Date or dates debt was incurred** 2/28/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Advanced Air & Vacuum, Inc
1685 N. Marshall Ave

El Cajon, CA, 92020

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vacuum and maintenance

$ 547.67

**Date or dates debt was incurred** 1/19/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Affordable Grease Pumping
5820 Miramar Road, Suite 201

San Diego, CA, 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Grease Pump Servicing

$ 135.00

**Date or dates debt was incurred** 2/22/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7 **Nonpriority creditor's name and mailing address**

AIDP, Inc.
19535 E Walnut Drive South

City of Industry, CA, 91748

**As of the petition filing date, the claim is:** $ 2,400.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Ingredients

**Date or dates debt was incurred** 2/8/2023

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
❑ Yes

3.8 **Nonpriority creditor's name and mailing address**

Amazon Capital Services
P.O. Box 035184

Seattle, WA, 98124-5184

**As of the petition filing date, the claim is:** $ 1,214.05
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Office and warehouse supplies

**Date or dates debt was incurred** 2/13/2023

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
❑ Yes

3.9 **Nonpriority creditor's name and mailing address**

American Group LLC
PO Box 72086

Cleveland, OH, 44192

**As of the petition filing date, the claim is:** $ 7,300.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Shipping and Freight

**Date or dates debt was incurred** 3/1/2023

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
❑ Yes

3.10 **Nonpriority creditor's name and mailing address**

AmTrust
59 Maiden Lane, 42nd Floor

New York, NY, 10038

**As of the petition filing date, the claim is:** $ 7,264.92
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Workers Comp

**Date or dates debt was incurred** 3/6/2023

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
❑ Yes

3.11 **Nonpriority creditor's name and mailing address**

Anderson Advanced Ingredients
2030 Main Street

Irvine, CA, 92614

**As of the petition filing date, the claim is:** $ 271,852.29
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Ingredients

**Date or dates debt was incurred** 1/23/2023

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name
Case number (if known)

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.12 **Nonpriority creditor's name and mailing address**

Applied Industrial Technologies - CA LLC
P.O. Box 100538

Pasadena, CA, 91189-0538

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Machines and parts

$ 3,186.83

**Date or dates debt was incurred** 1/13/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.13 **Nonpriority creditor's name and mailing address**

AT & T
P.O. Box 5014

Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Telephone and Internet

$ 567.77

**Date or dates debt was incurred** 2/23/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.14 **Nonpriority creditor's name and mailing address**

Blue Shield of California
P.O. Box 3008

Lodi, CA, 95241

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Health Insurance

$ 6,783.27

**Date or dates debt was incurred** 2/13/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.15 **Nonpriority creditor's name and mailing address**

BOA Logistics
6041 Bristol Parkway Suite 100

Culver City, CA, 90230

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Shipping and Freight

$ 9,522.68

**Date or dates debt was incurred** 1/18/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.16 **Nonpriority creditor's name and mailing address**

Brandtok PTE LTD
402 West Broadway

San Diego, CA, 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marketing Services

$ 5,000.00

**Date or dates debt was incurred** 3/2/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17 Nonpriority creditor's name and mailing address**

Brotman Law
402 West Broadway

San Diego, CA, 92101

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Legal Services

$ 112.50

**Date or dates debt was incurred** 3/6/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

California Bank & Trust, a division of Zions Bancorporation, N.A.
1 S Main St.
Salt Lake City, UT, 84133

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 17,808.86

**Date or dates debt was incurred** 03/10/2023

**Last 4 digits of account number** 5627

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

California Bank & Trust, a division of Zions Bancorporation, N.A.
1 S Main St.
Salt Lake City, UT, 84133

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 24,920.32

**Date or dates debt was incurred** 03/10/2023

**Last 4 digits of account number** 2621

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

California Bank & Trust, a division of Zions Bancorporation, N.A.
1 S Main St.
Salt Lake City, UT, 84133

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 54.94

**Date or dates debt was incurred** 03/10/2023

**Last 4 digits of account number** 0276

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.21 Nonpriority creditor's name and mailing address**

Chocolate Crown Packaging Corporation
1239 Swaner Road

Salt Lake City, UT, 84104

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Ingredients

$ 17,780.80

**Date or dates debt was incurred** 12/14/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.22 **Nonpriority creditor's name and mailing address**

Choice Builder
P.O. Box 7405

Orange, CA, 92863-7405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Health Insurance

$ 403.26

**Date or dates debt was incurred** 3/5/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.23 **Nonpriority creditor's name and mailing address**

Ciranda, Inc.
708 2nd Street

Hudson, WI, 54016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ingredients

$ 41,725.00

**Date or dates debt was incurred** 12/14/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.24 **Nonpriority creditor's name and mailing address**

CL&D Graphics, Inc.
P.O. Box 933511

Rock Hill, SC, 29732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Packaging

$ 21,358.40

**Date or dates debt was incurred** 2/4/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.25 **Nonpriority creditor's name and mailing address**

Comerica Bank
1717 Main Street
4th Floor, MC 6506
Dallas, TX, 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** 12/1/2022

**Last 4 digits of account number** 4913

**Is the claim subject to offset?**
☑ No
☐ Yes

3.26 **Nonpriority creditor's name and mailing address**

Douglas M. Vickery
2240 Shelter Island Drive

San Diego, CA, 92106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

$ 7,846.01

**Date or dates debt was incurred** 1/31/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.27 **Nonpriority creditor's name and mailing address**

Dynamix Digital Ltd
3 Meadow Way

Ringwood BH241RY, UK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,000.00

**Basis for the claim:** Marketing Services

**Date or dates debt was incurred** 3/3/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28 **Nonpriority creditor's name and mailing address**

Efficient Collaborative Retail Marketing
27070 Miles Road

Solon, OH, 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,000.00

**Basis for the claim:** Marketing Event

**Date or dates debt was incurred** 10/3/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.29 **Nonpriority creditor's name and mailing address**

Express Employment Professionals
P.O. Box 844277

Los Angeles, CA, 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,416.68

**Basis for the claim:** Outside Production Workers

**Date or dates debt was incurred** 2/8/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30 **Nonpriority creditor's name and mailing address**

Flavorchem Corporation
P.O. Box 735783

Dallas, TX, 75373-5783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,157.50

**Basis for the claim:** Ingredients

**Date or dates debt was incurred** 12/5/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31 **Nonpriority creditor's name and mailing address**

Gestalt Brand Lab, LLC
PO Box 665

Solana Beach, CA, 92075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,500.00

**Basis for the claim:** Misc Office Supplies

**Date or dates debt was incurred** 11/7/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address**

Global Industrial
2505 Mill Center Parkway

Buford, GA, 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 543.48

**Basis for the claim:** Machines and Parts and Services

**Date or dates debt was incurred** 1/1/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**

Grainger
DEPT. 886828870

Palatine, IL, 60038-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 113.81

**Basis for the claim:** Marketing

**Date or dates debt was incurred** 2/17/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**

Health Equity
P.O. Box 14656

Lexington, KY, 40512-4656

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 100.00

**Basis for the claim:** FSA/Health Insurance

**Date or dates debt was incurred** 1/6/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**

Igoe
P.O. Box 501480

San Diego, CA, 92150-1480

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 510.91

**Basis for the claim:** Payroll Services/Employee Benefits

**Date or dates debt was incurred** 2/13/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**

INFRA
2356 University Avenue West

Saint Paul, MN, 55114

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,500.00

**Basis for the claim:** Marketing

**Date or dates debt was incurred** 12/1/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.37 **Nonpriority creditor's name and mailing address**

Inmar Brand Solutions, Inc.
P.O. Box 751011

Charlotte, NC, 28275-1011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing

$ 2,726.60

**Date or dates debt was incurred** 2/24/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.38 **Nonpriority creditor's name and mailing address**

Instacart, Inc.
P.O. Box 7263

San Francisco, CA, 94120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing

$ 34,275.33

**Date or dates debt was incurred** 2/10/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.39 **Nonpriority creditor's name and mailing address**

Interactions
P.O. Box 744888

Atlanta, GA, 30374-4888

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sales Promo

$ 4,790.90

**Date or dates debt was incurred** 1/13/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.40 **Nonpriority creditor's name and mailing address**

Kaibae
9 E Mission Street

Santa Barbara, CA, 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Ingredients

$ 15,600.00

**Date or dates debt was incurred** 12/23/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41 **Nonpriority creditor's name and mailing address**

Kaiser Permanente
P.O. Box 629028

El Dorado Hills, CA, 95762-9028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Health Insurance

$ 3,974.80

**Date or dates debt was incurred** 3/8/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.42 Nonpriority creditor's name and mailing address**

Kelsey Corbett
786 Del Rio Avenue

Encinitas, CA, 92024

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,005.00

**Basis for the claim:** Marketing

**Date or dates debt was incurred** 2/4/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.43 Nonpriority creditor's name and mailing address**

Laura Katleman Completed Gift Qualified
Spndthrift Trust dated June 5, 2020
2735 Cactus Road
San Diego, CA, 92154-8024

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,770,081.20

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** 12/31/2021

**Last 4 digits of account number** 2341

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

LEAF
P.O. Box 5066

Hartford, CT, 6102

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 871.21

**Basis for the claim:** Former Lease Agreement - this is paid in full

**Date or dates debt was incurred** 2/8/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.45 Nonpriority creditor's name and mailing address**

LinkOne Ingredient Solutions, LLC
601 13th st

Monett, MO, 65708

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 57,170.09

**Basis for the claim:** Ingredients

**Date or dates debt was incurred** 1/28/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

Maria Geralda Luziano
Santo Andre Street, 1 room, 464

Nova America, CA, 13.417.655

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Marketing Outsourced Services and Consultant

**Date or dates debt was incurred** 3/7/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods Case number (*if known*)
Name

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.47 **Nonpriority creditor's name and mailing address**
Maverik Oils, LLC
P.O. Box 10335
Costa Mesa, CA, 92627

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Ingredients

$ 74,834.00

**Date or dates debt was incurred** 1/12/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
MediExcel Health Plan
750 Medical Center Court
Chula Vista, CA, 91911

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Health Insurance

$ 6,003.24

**Date or dates debt was incurred** 2/13/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
Milano Promotional Services, Inc.
2615 River Road, Unit 1
Cinnaminson, NJ, 8077

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sales Promo

$ 2,242.78

**Date or dates debt was incurred** 2/28/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
Multiple Organics, Inc.
200 Linus Pauling Drive
Hercules, CA, 94547

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Ingredients

$ 27,291.50

**Date or dates debt was incurred** 1/5/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
Murphy Oil USA, Inc.
P.O. Box 7300
El Dorado, AR, 71731-7300

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sales Promo

$ 500.00

**Date or dates debt was incurred** 12/1/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.52 **Nonpriority creditor's name and mailing address**

Naumann Hobbs
P.O. Box 29201

Phoenix, AZ, 85038-9201

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 388.26

**Basis for the claim:** Machines and Parts

**Date or dates debt was incurred** 1/23/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

3.53 **Nonpriority creditor's name and mailing address**

Nielsen Consumer, Inc.
P.O. Box 735059

Chicago, IL, 60673-5059

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 12,399.28

**Basis for the claim:** Collection Agency

**Date or dates debt was incurred** 2/12/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

3.54 **Nonpriority creditor's name and mailing address**

NSF Certification, LLC.
Department Lock Box 771380

Detroit, MI, 48277-1380

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 3,825.00

**Basis for the claim:** Certification

**Date or dates debt was incurred** 12/31/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

3.55 **Nonpriority creditor's name and mailing address**

OMG, Inc
81 South 9th Street
Suite 240
Minneapolis, MN, 55402

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 919.07

**Basis for the claim:** Commissions

**Date or dates debt was incurred** 12/31/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

3.56 **Nonpriority creditor's name and mailing address**

Ontario Refrigeration, Inc.
635 South Mountain Avenue

Ontario, CA, 91762

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

$ 2,872.49

**Basis for the claim:** Refrigeration and Storage

**Date or dates debt was incurred** 12/31/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.57 **Nonpriority creditor's name and mailing address**

Otay Mesa Sales, Inc.
1596 Radar Road

San Diego, CA, 92154

**As of the petition filing date, the claim is:** $ 1,389.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** NetSuite ERP related costs

**Date or dates debt was incurred** 1/24/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.58 **Nonpriority creditor's name and mailing address**

Pacific Labeling & Integration
4189 Santa Ana Street

Ontario, CA, 91761

**As of the petition filing date, the claim is:** $ 2,050.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warehouse machinery and supplies

**Date or dates debt was incurred** 12/12/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
✔ No
☐ Yes

3.59 **Nonpriority creditor's name and mailing address**

Pacific Western Container
4044 W. Garry Ave.

Santa Ana, CA, 92704

**As of the petition filing date, the claim is:** $ 72,614.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Machines and parts

**Date or dates debt was incurred** 1/19/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
✔ No
☐ Yes

3.60 **Nonpriority creditor's name and mailing address**

Packaging Solutions, Inc.
550 Fesler Street

El Cajon, CA, 92020

**As of the petition filing date, the claim is:** $ 89,684.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Packaging

**Date or dates debt was incurred** 2/10/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.61 **Nonpriority creditor's name and mailing address**

Paro, Inc.
343 West Erie St. Suite 600

Chicago, IL, 60654

**As of the petition filing date, the claim is:** $ 1,400.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Packaging

**Date or dates debt was incurred** 2/28/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
✔ No
☐ Yes

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name
Case number (if known)

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.62 **Nonpriority creditor's name and mailing address**

Pemcor Packaging
10605 Jamacha Blvd

Spring Valley, CA, 91978

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 16,241.77

**Basis for the claim:** Outsourced Accounting Services

**Date or dates debt was incurred** 1/31/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**

Phlex Proteins, LLC
401 Industrial Dr., Bldg A

North Wales, PA, 19454

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 38,000.00

**Basis for the claim:** Packaging

**Date or dates debt was incurred** 11/1/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**

Plateau, Inc.
924 Vista Village Drive

Vista, CA, 92084

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 260.00

**Basis for the claim:** Ingredients

**Date or dates debt was incurred** 2/23/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**

Prime Sales & Marketing Group, Inc.
1000 West Park Drive, Suite 8

Bentonville, AR, 72712

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 574.60

**Basis for the claim:** Warehouse services

**Date or dates debt was incurred** 12/31/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**

Qualtec Electric, Inc.
15115 Olde Highway 80

El Cajon, CA, 92021

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,624.28

**Basis for the claim:** Commissions

**Date or dates debt was incurred** 2/1/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.67 Nonpriority creditor's name and mailing address**

Quarles & Brady LLP (Paul Plevin)
101 West Broadway
Ninth Floor
San Diego, CA, 92101

**As of the petition filing date, the claim is:** $ 13,272.50
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Electrical and Building Maintenance

**Date or dates debt was incurred** 2/9/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.68 Nonpriority creditor's name and mailing address**

Ranch and Coast Labels, Inc.
7920 Airway Road

San Diego, CA, 92154

**As of the petition filing date, the claim is:** $ 5,477.40
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Legal Services

**Date or dates debt was incurred** 12/13/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.69 Nonpriority creditor's name and mailing address**

RL Carriers
P.O. Box 10020

Port William, OH, 45164-2000

**As of the petition filing date, the claim is:** $ 5,354.62
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Shipping and Freight

**Date or dates debt was incurred** 12/21/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.70 Nonpriority creditor's name and mailing address**

Samplers, Inc.
530 Smithfield Ave

Pawtucket, RI, 2860

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sales and Marketing

**Date or dates debt was incurred** 2/28/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.71 Nonpriority creditor's name and mailing address**

San Diego County Treasurer
P.O. Box 129009

San Diego, CA, 92112

**As of the petition filing date, the claim is:** $ 41,775.86
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Property Taxes

**Date or dates debt was incurred** 4/28/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.72 Nonpriority creditor's name and mailing address**

Sharing the Taste
118 Center Street

North Easton, MA, 2356

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sales and Marketing

Amount of claim: $ 200.00

**Date or dates debt was incurred** 2/8/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.73 Nonpriority creditor's name and mailing address**

Spencer Higgs
5056 Del Monte Avenue, Unit 1

San Diego, CA, 92107

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marketing

Amount of claim: $ 329.57

**Date or dates debt was incurred** 3/6/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

Spins LLC
PO Box 776803

Chicago, IL, 60654

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sales

Amount of claim: $ 8,796.80

**Date or dates debt was incurred** 3/1/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.75 Nonpriority creditor's name and mailing address**

Spring Systems, Inc.
124 E Merrick RD

Valley Stream, NY, 11580

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sales System for Target

Amount of claim: $ 176.56

**Date or dates debt was incurred** 3/1/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.76 Nonpriority creditor's name and mailing address**

SPS Commerce, Inc.
PO Box 205782

Dallas, TX, 75320-5782

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** EDI Services for Sales

Amount of claim: $ 456.00

**Date or dates debt was incurred** 2/18/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.77 **Nonpriority creditor's name and mailing address**

Stanley Convergent Security Solutions
DEPT. CH 10651

Palatine, IL, 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Security Services

$ 7,087.00

**Date or dates debt was incurred** 12/29/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**

Suzanne Moore
c/o Charles Weller
11412 Corley Court
San Diego, CA, 92126

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Wrongful Termination Lawsuit

$ Undetermined

**Date or dates debt was incurred** 02/02/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**

The Data Council, Inc.
P.O. Box 744482

Atlanta, GA, 30374-4482

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Sales and Marketing

$ 925.00

**Date or dates debt was incurred** 2/20/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**

Tierra Farm, Inc
2424 State Route 203

Valatie, NY, 12184

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Ingredients

$ 9,715.00

**Date or dates debt was incurred** 1/1/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**

Totally Nuts and More, Inc.
2000 Peel Street

Montreal, QC, H3A 2W5

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Ingredients - Cashews

$ 84,336.53

**Date or dates debt was incurred** 1/21/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name
Case number (*if known*)

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.82 **Nonpriority creditor's name and mailing address**

Uline
PO Box 88741

Chicago, IL, 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,154.29

**Basis for the claim:** Warehouse Supplies

**Date or dates debt was incurred** 2/20/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.83 **Nonpriority creditor's name and mailing address**

UniFirst
PO Box 650481

Dallas, TX, 75265-0481

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,348.77

**Basis for the claim:** Uniforms for Production Workers

**Date or dates debt was incurred** 2/1/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**

Unishippers
P.O. Box 1560

Melbourne, FL, 32902

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 79,402.02

**Basis for the claim:** Shipping and Freight

**Date or dates debt was incurred** 3/6/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**

Van Drunen Farms
2692 N State Rt 1-17

| Momence, IL 60954, IL, 60954

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3,444.99

**Basis for the claim:** Ingredients

**Date or dates debt was incurred** 2/7/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**

Various Customers
2735 Cactus Road, Unit 101
San Diego, CA, 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 300.00

**Basis for the claim:** Refunds and accommodations due to customers.

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.87 **Nonpriority creditor's name and mailing address**

Vdriven LLC
12952 Longboat Way

Del Mar, CA, 92014

**As of the petition filing date, the claim is:** $44,862.94
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Outside Staffing Services

**Date or dates debt was incurred** 3/2/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

3.88 **Nonpriority creditor's name and mailing address**

Via Logistics, LLC
5201 Beachside Lane

San Diego, CA, 92154

**As of the petition filing date, the claim is:** $3,750.00
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Shipping and Freight

**Date or dates debt was incurred** 2/27/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✔ No
- ❑ Yes

3.89 **Nonpriority creditor's name and mailing address**

Waste Management
PO Box 541065

Los Angeles, CA, 90054-1065

**As of the petition filing date, the claim is:** $7,033.49
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Utilities

**Date or dates debt was incurred** 3/1/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ✔ No
- ❑ Yes

3.90 **Nonpriority creditor's name and mailing address**

WinFluence / Presence Media Group LLC
57 East Broadway Unit C

Milford, CT, 6460

**As of the petition filing date, the claim is:** $4,657.50
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Sales and Marketing

**Date or dates debt was incurred** 1/10/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

3.___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- No
- ❑ Yes

**Part 3: List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Illinois Revenue Admin Division<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL, 62794-9035 | Line 2.2<br>❑ Not listed. Explain: | |
| 4.2. | NJ Division of Taxation<br>Bankruptcy Section<br>P.O. Box 245<br>Trenton, NJ, 08695-0245 | Line 2.3<br>❑ Not listed. Explain | |
| 4.3. | North Carolina Department of Revenue<br>Attention: Bankruptcy Unit<br>Post Office Box 1168<br>Raleigh, NC, 27602-1168 | Line 2.5<br>❑ Not listed. Explain | |
| 4.4. | NYS Dept of Taxation and Finance<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>Albany, NY, 12205-0300 | Line 2.4<br>❑ Not listed. Explain | |
| 41. | | Line ____<br>❑ Not listed. Explain | |
| 4.5. | | Line ____<br>❑ Not listed. Explain | |
| 4.6. | | Line ____<br>❑ Not listed. Explain | |
| 4.7. | | Line ____<br>❑ Not listed. Explain | |
| 4.8. | | Line ____<br>❑ Not listed. Explain | |
| 4.9. | | Line ____<br>❑ Not listed. Explain | |
| 4.10. | | Line ____<br>❑ Not listed. Explain | |
| 4.11. | | Line ____<br>❑ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 1,036.23 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 4,119,285.70 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 4,120,321.93 |

**Fill in this information to identify the case:**

Debtor name: Laura's Original Boston Brownies, Inc. dba BHU Foods

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ____________________ Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | FA Equipment Lease 2<br>Lessee | First American Commercial Bancorp Inc.<br>211 High Point Drive<br>Victor, NY, 14564 |
| | **State the term remaining** | 23.5 months | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease<br>Lessee | Jules and Associates, Inc.<br>515 S. Figueroa St.<br>Ste. 1900<br>Los Angeles, CA, 90071 |
| | **State the term remaining** | 35 months | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Vemag HP-10C serial #142-1750<br>Lessee | Robert Reiser & Co., Inc.<br>725 Dedham St.<br>Canton, MA, 02021 |
| | **State the term remaining** | 29 months | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Bartelt #2869; Ishida scale #257433; Sanzari bucket elevator; blue turn conveyor<br>Lessee | B.D. Briggs, LLC<br>31 Richboynton Road<br>Dover, NJ, 07801 |
| | **State the term remaining** | 16.5 months | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | FA Equipment Lease 1<br>Lessee | First American Commercial Bancorp Inc.<br>211 High Point Drive<br>Victor, NY, 14564 |
| | **State the term remaining** | 18 months | |
| | **List the contract number of any government contract** | | |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (if known)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2735 Cactus Road<br>Lessor | California Neon Products dba CNP Signs<br>2555 Camino Del Rio South<br>Suite 201<br>San Diego, CA, 92108 |
| | State the term remaining | 8 months | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Netsuite Software License | Oracle America, Inc.<br>500 ORacle Parkway<br>Redwood City, CA, 94065 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | FA Equipment Lease 3. Lease of 148-C 8-Inch SS Primary Peanut Butter Mill including Pedestal.<br>Lessee | First American Commercial Bancorp Inc.<br>211 High Point Drive<br>Victor, NY, 14564 |
| | State the term remaining | 23 months | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Agreement to Auction Assets of BHU Foods | Rabin Worldwide, Inc.<br>21 Locust Ave.<br>Ste. 2A<br>Mill Valley, CA, 94941 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement<br>Purchaser | Betty Lou's Inc.<br>, |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Storage Agreement<br>Purchaser | Dothan Warehouse |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Co-Packing Agreement<br>Purchaser | Utica Specialty Foods, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Laura's Original Boston Brownies, Inc. dba BHU Foods

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ______________________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Laura Katleman | Laura Katleman<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | Comerica Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Laura Katleman | Laura Katleman<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | Comerica Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Laura Katleman | Laura Katleman<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | B.D. Briggs, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Laura Katleman | Laura Katleman<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | First American Commerci | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Laura Katleman | Laura Katleman<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | First American Commerci | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Laura Katleman | Laura Katleman<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | Jules and Associates, Inc. | ☑ D<br>☐ E/F<br>☐ G |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (if known)

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Laura Katleman | Laura Katleman<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | Robert Reiser & Co., Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Laura Katleman | Laura Katleman<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | First American Commercial Bancorp Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: Laura's Original Boston Brownies, Inc. dba BHU Foods

United States Bankruptcy Court for the: Southern District of California

Case number (If known): ________________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date | ☑ Operating a business<br>☐ Other | $ 1,191,488.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022 | ☑ Operating a business<br>☐ Other | $ 9,824,798.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021 | ☐ Operating a business<br>☐ Other | $ 13,809,066.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ________ (MM / DD / YYYY) to Filing date | ________ | $________ |
| **For prior year:** | From ________ (MM / DD / YYYY) to ________ (MM / DD / YYYY) | ________ | $________ |
| **For the year before that:** | From ________ (MM / DD / YYYY) to ________ (MM / DD / YYYY) | ________ | $________ |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number *(if known)*

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Comerica Bank (Creditor's name)<br>1717 Main Street<br>4th Floor, MC 6506<br>Dallas, TX 75201 | 02/01/2023<br>01/03/2023<br>12/1/2022 | $ 120,354.96 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Comerica Bank (Creditor's name)<br>1717 Main Street<br>4th Floor, MC 6506<br>Dallas, TX 75201 | 2/8/2023<br>2/7/2023<br>1/31/2023<br>1/24/2023<br>1/20/2023<br>1/17/2023<br>1/10/2023<br>1/6/2023<br>1/3/2023 | $ 402,555.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Laura Katleman Completed Gift Qualified Sper (Insider's name)<br>818 Vanderbilt Pl<br>San Diego, CA 92103<br>**Relationship to debtor**<br>Shareholder | 03/10/2022<br><br>3/10/2023 | $ 25,259.47 | Shareholder Loan Repayment made directly on HELOC. |
| 4.2. | Insider's name<br>**Relationship to debtor** | | $ | |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (*if known*)____________________

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | ____________________ Creditor's name | | __________ | $__________ |
| 5.2. | ____________________ Creditor's name | | __________ | $__________ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| ____________________ Creditor's name | | __________ | $__________ |

Last 4 digits of account number: XXXX– ________

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Laura's Original Boston Brownies Inc vs Youbar Inc<br>Case number: 37-2023-00007750-CU-BC-CTL | Breach of Contract/Warranty | San Diego Superior Court<br>330 West Broadway<br>San Diego, CA 92101 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Moore vs Laura's Original Boston Brownies Inc<br>Case number: 37-2023-00004737-CU-WT-CTL | Wrongful Termination | San Diego Superior Court<br>330 West Broadway<br>San Diego, CA 92101 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (*if known*)

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $ |
| | | | | $ |
| | **Recipient's relationship to debtor** | | | |
| 9.2. | Recipient's name | | | $ |
| | | | | $ |
| | **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (*if known*)

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Franklin, Soto, Leeds, LLP<br>**Address**<br>444 West C Street<br>Suite 300<br>San Diego, CA 92101<br>**Email or website address**<br>fsl.law<br>**Who made the payment, if not debtor?**<br>Laura Katleman Completed Gift Qualified Spe | Attorney fees and costs for restructuring and insolvency analysis and advice for the period February 1, 2023 to February 23, 2023. | 3/13/2023 | $ 10,857.50 |
| 11.2. | Franklin, Soto, Leeds, LLP<br>**Address**<br>444 West C Street<br>Ste. 300<br>San Diego, CA 92101<br>**Email or website address**<br>fsl.law<br>**Who made the payment, if not debtor?** | Attorney fees and costs for restructuring and insolvency analysis and advice for the period January 1, 2023 to January 31, 2023. | 2/28/2023 | $ 2,270.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| ______<br>**Trustee**<br>______ | | ______ | $______ |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name
Case number (*if known*)

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Union Standard Equipment<br>**Address**<br>500 Mamaroneck Ave #320<br>Harrison, NY 10528<br>**Relationship to debtor** | Tempering Unit DMW-250 250 kg/hr tempering unit - 3 phase, 50 cycle, 380 volts - Serial#9052 | 10/28/2022 | $ 31,000.00 |
| 13.2. | **Who received transfer?**<br>B.D. Briggs<br>**Address**<br>31 Richboynton Road<br>Dover, NJ 07801<br>**Relationship to debtor** | Bosch Pack201 Horizontal Wrap | 06/24/2022 | $ 30,000.00 |

**Part 7: Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From ____ To ____ |
| 14.2. | | From ____ To ____ |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name
Case number (if known)

**Part 8: Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

**Part 9: Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained. Debtor maintains its customer records in accordance with the privacy poli

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: |

Has the plan been terminated?

☐ No
☐ Yes

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (*if known*)

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | City National Bank<br>Name<br>501 W. Broadway Ste. 100<br>San Diego, CA 92101 | XXXX–2737 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | 03/09/2023 | $ 0.00 |
| 18.2. | Name | XXXX–______ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (*if known*)

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods Case number (*if known*) ____________
Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ____ Dates business existed From ____ To ____ |
| 25.2. | Name | | EIN: ____ Dates business existed From ____ To ____ |
| 25.3. | Name | | EIN: ____ Dates business existed From ____ To ____ |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (*if known*)

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26a.1. | Name | From _______ To _______ |

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26a.2. | Name | From _______ To _______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26b.1. | Name | From _______ To _______ |

| | **Name and address** | **Dates of service** |
|---|---|---|
| 26b.2. | Name | From _______ To _______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | Name | |

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (if known)

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Comerica Bank<br>Name<br>1717 Main Street, 4th Floor, MC 6506, Dallas, TX, 75201 |

| Name and address |
|---|
| 26d.2. Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Alex Soto | 12/31/2022 | $ 2,195,592.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Alex Soto<br>Name<br>2735 Cactus Road, Suite 101<br>San Diego, CA 92154 |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ____________ | ______ | $________ |

Name and address of the person who has possession of inventory records

27.2. ________________
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laura Katleman Completed Gift Qualified Spendthrift Trust dated June 5, 2020 | 818 Vanderbilt Pl, San Diego, CA 92103 | Shareholder, President, CEO, Secretary, CFO, and Sole Director | 100 |
| Laura Katleman | 818 Vanderbilt Pl., San Diego, CA 92103 | President, CEO, Secretary, CFO, and Sole Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _______ To _______ |
| | | | _______ To _______ |
| | | | _______ To _______ |
| | | | _______ To _______ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Laura Katleman<br>Name<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | 122,702.26 | 03/10/2022<br>______<br>03/09/2023<br>______<br>______ | Officer Salary |

Relationship to debtor

CEO, Secretary, CFO, and Director

Debtor Laura's Original Boston Brownies, Inc. dba BHU Foods
Name

Case number (if known)

30.2

| Name and address of recipient | | | |
|---|---|---|---|
| Laura Katleman Completed Gift Qualified Spendthrift Trust dated Ju<br>Name<br>818 Vanderbilt Pl<br>San Diego, CA 92103 | 17,000.00 | 01/06/2023<br>01/11/2023 | A $17,000 loan repayment was paid directly to the shareholder on 1/6/2023. The payment was returned to the company on 1/11/2023. |

**Relationship to debtor**

Shareholder

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Laura's Original Boston Brownies 401k PLan | EIN: 46-3938592 |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/13/2023
MM / DD / YYYY

✘ /s/ Laura Katleman
Signature of individual signing on behalf of the debtor

Printed name Laura Katleman

Position or relationship to debtor Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name Laura's Original Boston Brownies, Inc. dba BHU Foods Case number (if known)

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| California Bank & Trust, a division of Zions Bancorporation, N.A., 1 S Main St., Salt Lake City, UT 84133 | $10,000.00 | Credit card debt |
| Various Trade Suppliers and Vendors, | $1,769,074.69 | |

**7) Legal Actions**

Laura's Original v. Excel Packaging Systems

CIVDS2018144

Breach of Contract/Warranty Unlimited.
Dismissed on 8/1/2022.

San Bernardino Superior Court

247 West Third Street, San Bernardino, CA 92415

Concluded

-------

**11) Payments related to bankruptcy**

| | | |
|---|---|---|
| Franklin, Soto, Leeds, LLP | 444 West C Street Suite 300, San Diego, CA 92101 | $2,989.00 |
| Franklin, Soto, Leeds, LLP | 444 West C Street Ste. 300, San Diego, CA 92101 | $32,187.50 |

**13) Transfers not already listed on this statement**

Transferee: Union Standard Equipment

500 Mamaroneck Ave. #320, Harrison, 10528

Date of Transfer: 04/01/2022

Description: Enrober

Value: $25,000.00

---

Transferee: Amerivet Contracting

1706 Hoover Ave,, National City, 91950

Date of Transfer: 02/06/2023

## Continuation Sheet for Official Form 207

**Description: Scissor Lift**

**Value: $7,700.00**

**---**

**Transferee: Excel Packaging Systems**

**11799 Jersey Blvd, Rancho Cucamonga, CA 91730**

**Date of Transfer: 04/07/2022**

**Description: Settlement Payment**

**Value: $75,000.00**

**---**

**Transferee: Excel Packaging Systems**

**11799 Jersey Blvd, Rancho Cucamonga, 91730**

**Date of Transfer: 04/07/2022**

**Description: E300SKZN Rotary Pouch Sealing Machine; E-300 FFVD Filing funnel vibration device; E-300 SD Shaker device; E300 APC APC Uninterrupted Power Supply**

**Value: $0.00**

**---**

**Transferee: Vestco Food Equipment**

**352 N. Engel St., Escondido, CA 92029**

**Date of Transfer: 01/13/2022**

**Description: Fortress Metal Detector sold**

**Value: $7,500.00**

**---**

**17) Pension Contributions**

**Laura's Original Boston Brownies 401k PLan 46-3938592**

**Fill in this information to identify the case and this filing:**

Debtor Name Laura's Original Boston Brownies, Inc. dba BHU Foods

United States Bankruptcy Court for the: Southern District of California

Case number (*If known*): ____________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/13/2023
MM / DD / YYYY

✘ /s/ Laura Katleman
Signature of individual signing on behalf of debtor

Laura Katleman
Printed name

Chief Executive Officer
Position or relationship to debtor

United States Bankruptcy Court
Southern District of California

In re: Laura's Original Boston Brownies, Inc. dba BHU Foods

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/13/2023

/s/ Laura Katleman
Signature of Individual signing on behalf of debtor

Chief Executive Officer
Position or relationship to debtor

Abbott Blackstone Co.
411 Cleveland St
Clearwater, FL 33755

Ace Coolers, Inc.
7852 Raytheon Road
San Diego, CA 92111

ADP, Inc.
P.O. Box 31001-1874
Pasadena, CA 91110-1874

Ads Needed
3115 Main St
Suite F
Stratford, CT 6614

Advanced Air & Vacuum, Inc
1685 N. Marshall Ave
El Cajon, CA 92020

Affordable Grease Pumping
5820 Miramar Road, Suite 201
San Diego, CA 92121

AIDP, Inc.
19535 E Walnut Drive South
City of Industry, CA 91748

Amazon Capital Services
P.O. Box 035184
Seattle, WA 98124-5184

American Group LLC
PO Box 72086
Cleveland, OH 44192

AmTrust
59 Maiden Lane, 42nd Floor
New York, NY 10038

Anderson Advanced Ingredients
2030 Main Street
Irvine, CA 92614

Angel E. Nevarez
515 S. Figuroa St.
Ste. 1900
Los Angeles, CA 90071

Applied Industrial Technologies - CA LLC
P.O. Box 100538
Pasadena, CA 91189-0538

AT & T
P.O. Box 5014
Carol Stream, IL 60197

B.D. Briggs, LLC
31 Richboynton Road
Dover, NJ 07801

Blue Shield of California
P.O. Box 3008
Lodi, CA 95241

BOA Logistics
6041 Bristol Parkway Suite 100
Culver City, CA 90230

Brandtok PTE LTD
402 West Broadway
San Diego, CA 92101

Brotman Law
402 West Broadway
San Diego, CA 92101

California Bank & Trust, a division of Zions
1 S Main St.
Salt Lake City, UT 84133

California Neon Products dba CNP Signs
2555 Camino Del Rio South
Suite 201
San Diego, CA 92108

Chocolate Crown Packaging Corporation
1239 Swaner Road
Salt Lake City, UT 84104

Choice Builder
P.O. Box 7405
Orange, CA 92863-7405

Ciranda, Inc.
708 2nd Street
Hudson, WI 54016

CL&D Graphics, Inc.
P.O. Box 933511
Rock Hill, SC 29732

Comerica Bank
1717 Main Street
4th Floor, MC 6506
Dallas, TX 75201

Comerica Bank
39200 SIX MILE ROAD
MC 7578
Livonia, MI 48152

Corporate Creations Network, Inc.
5901 W. Century Blvd.
Los Angeles, CA 90045

Corporation Service Company dba CSC _ Lawyers
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833-3505

Curtis C. Farmer, CEO
1717 Main Street
MC6505
Dallas, TX 75201

Douglas M. Vickery
2240 Shelter Island Drive
San Diego, CA 92106

Dynamix Digital Ltd
3 Meadow Way
Ringwood BH241RY, UK

Efficient Collaborative Retail Marketing
27070 Miles Road
Solon, OH 44139

Express Employment Professionals
P.O. Box 844277
Los Angeles, CA 90084

First American Commercial Bancorp Inc.
211 High Point Drive
Victor, NY 14564

Flavorchem Corporation
P.O. Box 735783
Dallas, TX 75373-5783

GA Dept of Revenue - Compliance Division
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3205

Gestalt Brand Lab, LLC
PO Box 665
Solana Beach, CA 92075

Global Industrial
2505 Mill Center Parkway
Buford, GA 30518

Grainger
DEPT. 886828870
Palatine, IL 60038-0001

Health Equity
P.O. Box 14656
Lexington, KY 40512-4656

Igoe
P.O. Box 501480
San Diego, CA 92150-1480

Illinois Department of Revenue
Retailers' Occupation Tax
P.O. BOX 19013
Springfield, IL 62794-9013

Illinois Revenue Admin Division
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

INFRA
2356 University Avenue West
Saint Paul, MN 55114

Inmar Brand Solutions, Inc.
P.O. Box 751011
Charlotte, NC 28275-1011

Instacart, Inc.
P.O. Box 7263
San Francisco, CA 94120

Interactions
P.O. Box 744888
Atlanta, GA 30374-4888

Jules and Associates, Inc.
515 S. Figueroa St.
Ste. 1900
Los Angeles, CA 90071

Kaibae
9 E Mission Street
Santa Barbara, CA 93101

Kaiser Permanente
P.O. Box 629028
El Dorado Hills, CA 95762-9028

Kelsey Corbett
786 Del Rio Avenue
Encinitas, CA 92024

Laura Katleman
818 Vanderbilt Pl
San Diego, CA 92103

Laura Katleman Completed Gift Qualified Spndt
2735 Cactus Road
San Diego, CA 92154-8024

LEAF
P.O. Box 5066
Hartford, CT 6102

LinkOne Ingredient Solutions, LLC
601 13th st
Monett, MO 65708

Maria Geralda Luziano
Santo Andre Street, 1 room, 464
Nova America, CA 13.417.655

Maverik Oils, LLC
P.O. Box 10335
Costa Mesa, CA 92627

MediExcel Health Plan
750 Medical Center Court
Chula Vista, CA 91911

Milano Promotional Services, Inc.
2615 River Road, Unit 1
Cinnaminson, NJ 8077

Multiple Organics, Inc.
200 Linus Pauling Drive
Hercules, CA 94547

Murphy Oil USA, Inc.
P.O. Box 7300
El Dorado, AR 71731-7300

N.J. Division of Taxation
P.O. Box 999
Trenton, NJ 08646-0999

N/A

Naumann Hobbs
P.O. Box 29201
Phoenix, AZ 85038-9201

Nielsen Consumer, Inc.
P.O. Box 735059
Chicago, IL 60673-5059

NJ Division of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695-0245

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640

North Carolina Department of Revenue
Attention: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

NSF Certification, LLC.
Department Lock Box 771380
Detroit, MI 48277-1380

NYS Dept of Taxation and Finance
BANKRUPTCY SECTION
PO BOX 5300
Albany, NY 12205-0300

NYS Tax Department
Sales Tax Registration Unit
W A Harriman Campus
Albany, NY 12227

OMG, Inc
81 South 9th Street
Suite 240
Minneapolis, MN 55402

Ontario Refrigeration, Inc.
635 South Mountain Avenue
Ontario, CA 91762

Oracle America, Inc.
500 ORacle Parkway
Redwood City, CA 94065

Otay Mesa Sales, Inc.
1596 Radar Road
San Diego, CA 92154

Pacific Labeling & Integration
4189 Santa Ana Street
Ontario, CA 91761

Pacific Western Container
4044 W. Garry Ave.
Santa Ana, CA 92704

Packaging Solutions, Inc.
550 Fesler Street
El Cajon, CA 92020

Paro, Inc.
343 West Erie St. Suite 600
Chicago, IL 60654

Pemcor Packaging
10605 Jamacha Blvd
Spring Valley, CA 91978

Phlex Proteins, LLC
401 Industrial Dr., Bldg A
North Wales, PA 19454

Plateau, Inc.
924 Vista Village Drive
Vista, CA 92084

Prime Sales & Marketing Group, Inc.
1000 West Park Drive, Suite 8
Bentonville, AR 72712

Qualtec Electric, Inc.
15115 Olde Highway 80
El Cajon, CA 92021

Quarles & Brady LLP (Paul Plevin)
101 West Broadway
San Diego, CA 92101

Ranch and Coast Labels, Inc.
7920 Airway Road
San Diego, CA 92154

Revenue Administration Division
Taxpayer Service Section
110 Carroll Street
Annapolis, MD 21411-0001

RL Carriers
P.O. Box 10020
Port William, OH 45164-2000

Robert Reiser & Co., Inc.
725 Dedham St.
Canton, MA 02021

Samplers, Inc.
530 Smithfield Ave
Pawtucket, RI 2860

San Diego County Treasurer
P.O. Box 129009
San Diego, CA 92112

Sharing the Taste
118 Center Street
North Easton, MA 2356

Spencer Higgs
5056 Del Monte Avenue, Unit 1
San Diego, CA 92107

Spins LLC
PO Box 776803
Chicago, IL 60654

Spring Systems, Inc.
124 E Merrick RD
Valley Stream, NY 11580

SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782

Stanley Convergent Security Solutions
DEPT. CH 10651
Palatine, IL 60055

Suzanne Moore
c/o Charles Weller
11412 Corley Court
San Diego, CA 92126

The Data Council, Inc.
P.O. Box 744482
Atlanta, GA 30374-4482

Tierra Farm, Inc
2424 State Route 203
Valatie, NY 12184

Totally Nuts and More, Inc.
2000 Peel Street
Montreal, QC H3A 2W5

Uline
PO Box 88741
Chicago, IL 60680-1741

UniFirst
PO Box 650481
Dallas, TX 75265-0481

Unishippers
P.O. Box 1560
Melbourne, FL 32902

Van Drunen Farms
2692 N State Rt 1-17

Vdriven LLC
12952 Longboat Way
Del Mar, CA 92014

Via Logistics, LLC
5201 Beachside Lane
San Diego, CA 92154

Virginia Department of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218-1115

Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

WinFluence / Presence Media Group LLC
57 East Broadway Unit C
Milford, CT 6460

Youbar, Inc.
597 Monterey Pass RD
Monterey Park, CA 91754

# United States Bankruptcy Court

Southern District of California

**In re** Laura's Original Boston Brownies, Inc. dba BHU Foods

Case No. ________________

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $______________

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $______________

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $______________

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $16,696.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $0.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation regarding any motions, relief from stay actions, lien avoidance, conversion or dismissal, adversary proceedings and/or reaffirmation agreements, or other representation beyond the services described herein.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/13/2023

*Date*

/s/ Paul Leeds, 214309

*Signature of Attorney*

Franklin Soto Leeds LLP

*Name of law firm*

444 West C Street
300
San Diego, CA 92101

**United States Bankruptcy Court**

**IN RE:** Case No.__________________

Laura's Original Boston Brownies, Inc. dba BHU Foods Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Laura Katleman Completed Gift Qualified Spendthrift Trust dated June 5, 2020<br>818 Vanderbilt Pl, San Diego, CA 92103 | 100 | Common stockholder |

**SPECIAL CONSENT FOR**
**ACTION WITHOUT MEETING OF THE DIRECTORS OF**
**LAURA'S ORIGINAL BOSTON BROWNIES, INC.**

THE UNDERSIGNED, being the sole director of Laura's Original Boston Brownies, Inc. (hereinafter the "Corporation"), now in office consent, in lieu of a regular meeting of Directors, to the following resolutions:

BE IT RESOLVED, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code, therefore Corporation shall file for bankruptcy under the reorganization provisions of Chapter 11 of the U.S. Bankruptcy Code; and,

RESOLVED FURTHER, Laura Katleman, Chief Executive Officer (CEO) of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation and the CEO is authorized and directed to execute all documents, and to take all actions deemed necessary, in order to carry out and perform the purposes of these resolutions; and,

RESOLVED FURTHER, The CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

RESOLVED FURTHER that the CEO of this Corporation is authorized and directed to seek authority and to employ such other professionals as may be necessary to efficiently conduct the administration of the estate in such bankruptcy case; and

RESOLVED FURTHER that if the CEO fails to take all actions necessary to carry out and perform these resolutions, each of the officers and/or directors of this Corporation is authorized and directed to execute all documents, and to take all actions deemed necessary, in order to carry out and perform the purposes of these resolutions.

Date: March 13, 2021

Laura Katleman, sole director of Laura's
Original Boston Brownies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** California - Southern

In re Laura's Original Boston Brownies, Inc. dba BHU Foods

(Debtor(s))

Case No. ______
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Laura's Original Boston Brownies, Inc. dba BHU Foods in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

03/13/2023
Date

/s/ Paul Leeds
Statement of attorney or Litigant

Laura's Original Boston Brownies, Inc.
dba
Bhu Foods

Financial Package
Twelve Months Ended December 31, 2022

# Laura's Original Boston Brownies, Inc. DBA Bhu Foods
## Balance Sheets

| ***Assets*** | **December 31, 2022** | **December 31, 2021** | **% Change** |
|---|---|---|---|
| Current Assets | | | |
| Cash & Cash Equivalents | $ 198,847 | $ 194,955 | 2.0% |
| Receivables, net | 426,781 | 1,000,280 | -57.3% |
| Inventory | 2,195,592 | 1,696,443 | 29.4% |
| Prepaids | 197,814 | 330,917 | -40.2% |
| Total Current Assets | $ 3,019,034 | $ 3,222,595 | -6.3% |
| Fixed Assets, net | 546,677 | 2,266,417 | -75.9% |
| Operating Lease Right of Use Asset | 188,392 | - | 100.0% |
| Finance Lease Right of Use Assets, net | 353,334 | 716,840 | 100.0% |
| Intangible Assets, net | 54,035 | 121,227 | -55.4% |
| Other Assets | 152,757 | 155,392 | -1.7% |
| ***Total Assets*** | ***$ 4,314,229*** | ***$ 6,482,472*** | ***-33.4%*** |
| | | | |
| ***Liabilities*** | | | |
| Current Liabilities | | | |
| Accounts Payable | $ 1,257,177 | $ 740,968 | 69.7% |
| Accrued Expense | 137,800 | 40,120 | 243.5% |
| Accrued Payroll Related Liabilities | 111,898 | 128,712 | -13.1% |
| Credit Cards Payable | 45,811 | 159,726 | -71.3% |
| Line of Credit | 1,000,000 | 800,000 | 25.0% |
| Equipment Financing | 1,020,000 | 1,172,622 | -13.0% |
| Operating Lease Obligation Due w/In One Year | 244,429 | - | 100.0% |
| Finance Lease Obligations Due w/In One Year | 194,859 | 159,445 | 100.0% |
| Other liabilities | 22,816 | 71,302 | -68.0% |
| Total Current Liabilities | $ 4,034,789 | $ 3,272,894 | 23.3% |
| Deferred Rent | - | 58,629 | -100.0% |
| Long-term Finance Lease Obligations | 269,733 | 419,499 | 100.0% |
| Shareholder Loans | 2,439,036 | 1,737,930 | 40.3% |
| **Total Liabilities** | **$ 6,743,558** | **$ 5,488,952** | **22.9%** |
| | | | |
| ***Owners Equity*** | | | |
| Paid in Capital | 337,646 | 337,646 | 0.0% |
| Retained Earnings | (2,766,975) | 655,874 | -521.9% |
| ***Total Owners Equity*** | ***$ (2,429,329)*** | ***$ 993,520*** | ***-344.5%*** |
| ***Total Liabilities & Equity*** | ***$ 4,314,229*** | ***$ 6,482,472*** | ***-33.4%*** |
| | - | - | |

**Laura's Original Boston Brownies, Inc. DBA Bhu Foods**

**Statements of Operations**

| | Twelve Months Ended December 31 | | | | |
|---|---|---|---|---|---|
| | | **2022** | | **2021** | **% Change** |
| **Revenue** | | | | | |
| Gross Sales - Wholesale | $ | 9,824,798 | $ | 13,809,066 | -28.9% |
| Gross Sales - Direct-to-Consumer | | 3,803,000 | | 5,198,374 | -26.8% |
| Returns & Allowances | | (2,041,199) | | (2,803,894) | -27.2% |
| ***Net Sales*** | ***$*** | ***11,586,600*** | ***$*** | ***16,203,546*** | **-28.5%** |
| Returns & Allowances as a % of Total Gross Sales | | **-15%** | | **-15%** | |
| **COGS** | | | | | |
| Product COGS | | 4,227,815 | | 5,373,393 | -21.3% |
| COGS Labor | | 1,424,865 | | 1,817,981 | -21.6% |
| COGS Freight | | 1,063,455 | | 1,460,347 | -27.2% |
| Other COGS - Variable | | 154,975 | | 247,204 | -37.3% |
| Other COGS - Fixed | | 1,640,769 | | 1,466,476 | 11.9% |
| ***Total COGS*** | ***$*** | ***8,511,878*** | ***$*** | ***10,365,401*** | **-17.9%** |
| ***Gross Margin*** | ***$*** | ***3,074,721*** | ***$*** | ***5,838,145*** | **-47.3%** |
| ***Gross Margin as a % of Net Sales*** | | ***26.5%*** | | ***36.0%*** | |
| **Operating Expenses** | | | | | |
| ***General & Admin Expenses*** | | | | | |
| G&A Labor | $ | 856,959 | $ | 758,757 | 12.9% |
| Professional Services | | 420,554 | | 492,001 | -14.5% |
| Rent and Utilities/CAM | | 133,978 | | 191,271 | -30.0% |
| Insurance | | 115,046 | | 103,498 | 11.2% |
| Research & Development | | 26,515 | | 120,328 | 100.0% |
| Interest Expense | | 187,071 | | 60,437 | 209.5% |
| Depreciation and Amortization | | 101,680 | | 94,578 | 100.0% |
| Office Supplies | | 21,347 | | 96,082 | -77.8% |
| Other (software, office supplies, etc.) | | 278,574 | | 256,586 | 8.6% |
| ***Total General & Admin Expenses*** | ***$*** | ***2,141,724*** | ***$*** | ***2,173,538*** | **-1.5%** |
| ***Marketing Expenses*** | | | | | |
| Consultants | $ | 170,939 | $ | 521,206 | -67.2% |
| Advertising and Influencers | | 672,288 | | 2,324,367 | -71.1% |
| Marketing Labor | | 188,690 | | 202,429 | -6.8% |
| eCommerce Fees | | 359,150 | | 374,982 | 100.0% |
| Other Marketing | | 40,010 | | 38,614 | 3.6% |
| ***Total Marketing Expenses*** | ***$*** | ***1,431,077*** | ***$*** | ***3,461,599*** | **-58.7%** |
| ***Sales Expenses*** | | | | | |
| Commissions | $ | 184,516 | $ | 215,236 | -14.3% |
| Advertising and Promo | | 276,852 | | 50,938 | 100.0% |
| Sales Labor and Staffing | | 278,512 | | 222,393 | 25.2% |
| Consultants | | 105,115 | | - | |
| Other Sales | | 166,826 | | 39,567 | 100.0% |
| ***Total Sales Expenses*** | ***$*** | ***1,011,821*** | ***$*** | ***528,133*** | **91.6%** |
| ***Production Expense*** | | | | | |
| Production Labor | $ | 168,585 | $ | 182,809 | 100.0% |
| Repairs & Maintenance/Other | | 23,121 | | 31,173 | -25.8% |
| ***Total Production Expenses*** | ***$*** | ***191,706*** | ***$*** | ***213,982*** | **-10.4%** |
| ***Other Income / Expenses*** | | | | | |
| Other (Income) Expense | | 1,721,241 | | (150,655) | 100.0% |
| ***Total Other Expense*** | ***$*** | ***1,721,241*** | ***$*** | ***(150,655)*** | -1242.5% |
| **Total Expenses** | ***$*** | ***6,497,570*** | ***$*** | ***6,226,597*** | 4.4% |
| **Net Income** | ***$*** | ***(3,422,848)*** | ***$*** | ***(388,452)*** | **781.2%** |
| ***Net Income as a % of Net Sales*** | | ***-29.5%*** | | ***-2.4%*** | |
| | | - | $ | (0) | |

| | | |
|---|---|---|
| Interest | $ | 187,071 |
| Depreciation and Amortization | | 678,615 |
| **EBITDA** | **$** | **(2,557,162)** |